# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

2/10/2006  4:30 pm

SUE BEITIA, CLERK

CASE NUMBER:   CV 03-00672SOM-BMK AND CV 04-00588SOM-BMK

CASE NAME:   In the Matter of the Complaint of Morning Star Cruises, Inc.
Fukuoka v. Morning Star Cruises, Inc.

ATTYS FOR PLA:

ATTYS FOR DEFT:

INTERPRETER:

JUDGE:   Barry M. Kurren            REPORTER:

DATE:   2/10/2006                   TIME:

COURT ACTION:  EO: Settlement Conference continued from 2-23-06 to 3-14-06 @ 10:30 a.m. before Magistrate Judge Barry M. Kurren.  Settlement Conference Statements due 3-10-06.

Final Pretrial Conference set for 3-14-06 @ 9 a.m. is moved to 10:30 a.m. the same day before Magistrate Judge Barry M. Kurren. Pretrial Statements due 3-10-06.

Submitted by Richlyn Young, Courtroom Manager