# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

3/14/2006  4:30 pm

SUE BEITIA, CLERK

CASE NUMBER:     CV 03-00672SOM-BMK
                 CV 04-00588SOM-BMK

CASE NAME:       In the Matter of the Complaint of Morning Star Cruises, Inc.
                 Shiroh Fukuoka, et al. Vs.  Morning Star Cruises, Inc., et al.

ATTYS FOR PLA:

ATTYS FOR DEFT:

INTERPRETER:

JUDGE:    Susan Oki Mollway          REPORTER:

DATE:     3/14/2006                  TIME:

COURT ACTION:  EO:

Pursuant to the agreement of the parties trial is continued to 8/22/06, and no further continuances will be granted.

New dates given:

1.     Jury trial on August 22, 2006 at 9:00 a.m. before SOM
2.     Final Pretrial Conference on July 5, 2006 at 9:00 a.m. before BMK
3.     Final Pretrial Conference before District Judge N/A
4.     Final Pretrial Statement by June 28, 2006
5.     File motions to Join/Add Parties/Amend Pleadings by
6.     File other Non-Dispositive Motions by May 24, 2006
7.     File Dispositive Motions by March 22, 2006
8a.    File Motions in Limine by August 1, 2006
8b.    File opposition memo to a Motion in Limine by August 8, 2006
11a.   Plaintiff's Expert Witness Disclosures by
11b.   Defendant's Expert Witness Disclosures by March 22, 2006
12.    Discovery deadline June 23, 2006
13.    Settlement Conference set for 6/8/06 at 9:00 a.m. before BMK
14.    Settlement Conference statements by 6/1/06

20.     Submit Voir Dire Questions, Special Verdict Form, Concise Statement of Case and Jury Instructions by August 8, 2006

21.     File Final witness list by August 1, 2006

24.     Exchange Exhibit and Demonstrative aids by July 25, 2006

25.     Stipulations re: Authenticity/Admissibility of Proposed Exhibits by August 1, 2006

26.     File objections to the Exhibits by August 8, 2006

28a.    File Deposition Excerpt Designations by August 1, 2006

28b.    File Deposition Counter Designations and Objections by August 8, 2006

29.     File Trial Brief by August 8, 2006

30.     File Findings of Fact & Conclusions of Law by N/A


Other Matters:


Submitted by: Toni Fujinaga Courtroom Manager.


CV 03-00672SOM-BMK;
In the Matter of the Complaint of Morning Star Cruises, Inc.;
Rule 16 Scheduling Conference Minutes
3/14/2006

# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

3/14/2006  4:30 pm

SUE BEITIA, CLERK

CASE NUMBER:    CV 03-00672SOM-BMK
CV 04-00588SOM-BMK

CASE NAME:    In the Matter of the Complaint of Morning Star Cruises, Inc.
Shiroh Fukuoka, et al. Vs.  Morning Star Cruises, Inc., et al.

ATTYS FOR PLA:

ATTYS FOR DEFT:

INTERPRETER:

JUDGE:    Susan Oki Mollway        REPORTER:

DATE:    3/14/2006            TIME:

COURT ACTION:  EO:

Pursuant to the agreement of the parties trial is continued to 8/22/06, and no further continuances will be granted.

New dates given:

1.    Jury trial on August 22, 2006 at 9:00 a.m. before SOM
2.    Final Pretrial Conference on July 5, 2006 at 9:00 a.m. before BMK
3.    Final Pretrial Conference before District Judge N/A
4.    Final Pretrial Statement by June 28, 2006
5.    File motions to Join/Add Parties/Amend Pleadings by
6.    File other Non-Dispositive Motions by May 24, 2006
7.    File Dispositive Motions by March 22, 2006
8a.    File Motions in Limine by August 1, 2006
8b.    File opposition memo to a Motion in Limine by August 8, 2006
11a.    Plaintiff's Expert Witness Disclosures by
11b.    Defendant's Expert Witness Disclosures by March 22, 2006
12.    Discovery deadline June 23, 2006
13.    Settlement Conference set for 6/8/06 at 9:00 a.m. before BMK
14.    Settlement Conference statements by 6/1/06

20.   Submit Voir Dire Questions, Special Verdict Form, Concise Statement of Case and Jury Instructions by August 8, 2006

21.   File Final witness list by August 1, 2006

24.   Exchange Exhibit and Demonstrative aids by July 25, 2006

25.   Stipulations re: Authenticity/Admissibility of Proposed Exhibits by August 1, 2006

26.   File objections to the Exhibits by August 8, 2006

28a.  File Deposition Excerpt Designations by August 1, 2006

28b.  File Deposition Counter Designations and Objections by August 8, 2006

29.   File Trial Brief by August 8, 2006

30.   File Findings of Fact & Conclusions of Law by N/A


Other Matters:


Submitted by: Toni Fujinaga Courtroom Manager.


CV 03-00672SOM-BMK;
In the Matter of the Complaint of Morning Star Cruises, Inc.;
Rule 16 Scheduling Conference Minutes
3/14/2006