ORIGINAL

**CHEE & MARKHAM**
ATTORNEYS AT LAW

**GREGORY K. MARKHAM**        (3453-0)
**KEITH K. KATO**             (5320-0)
**DESIREE HIKIDA MOKUOHAI**   (7793-0)
1000 American Savings Bank Tower
1001 Bishop Street
Honolulu, Hawaii 96813
Telephone: (808) 523-0111
Facsimile: (808) 523-0115

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

APR 17 2006

at ___ o'clock and ___ min. ___ M
SUE BEITIA, CLERK

Attorneys for Limitation Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| In the Matter ) | CIVIL NO. CV03-00672 SOM-BMK |
| ) | (Non-Vehicle Tort) |
| of ) | |
| ) | **NOTICE OF MOTION OF** |
| The Complaint of MORNING STAR ) | **LIMITATION PLAINTIFF'S** |
| CRUISES, INC., a Hawaii ) | **MOTION TO COMPEL** |
| corporation. ) | **DISCOVERY; LIMITATION** |
| ) | **PLAINTIFF'S MOTION TO** |
| ) | **COMPEL DISCOVERY;** |
| ) | **CERTIFICATE OF SERVICE** |
| ) | |
| _____ ) | |

**NOTICE OF MOTION OF LIMITATION
PLAINTIFF'S MOTION TO COMPEL DISCOVERY**

TO:   Robert D. Kawamura, Esq.
      550 Halekauwila Street, Suite 106
      Honolulu, HI 96813

Attorney for **Limitation Defendant**

NOTICE IS HEREBY GIVEN that Limitation Plaintiff's Motion to Compel Discovery shall come on for hearing before the Honorable Magistrate/Judge _____, Judge of the above-entitled Court, in his/her courtroom in the United States Courthouse, 300 Ala Moana Boulevard, Honolulu, Hawaii, on_____, the _____ day of May, 2006 at _____ o'clock a.m., or as soon thereafter as counsel may be heard.

Dated:  Honolulu, Hawaii, APR 1 7 2006_____.

_____
**GREGORY K. MARKHAM**
**KEITH K. KATO**
**DESIREE HIKIDA MOKUOHAI**

Attorneys for Limitation Plaintiff