IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| In the Matter<br><br>of<br><br>The Complaint of MORNING STAR CRUISES, INC., a Hawaii corporation. | ) CIVIL NO. CV03-00672 SOM-BMK<br>) (Non-Vehicle Tort)<br>)<br>) **LIMITATION PLAINTIFF'S**<br>) **MOTION TO COMPEL**<br>) **DISCOVERY**<br>)<br>)<br>)<br>) |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing document was duly served upon the below-identified party at their respective address by means of hand-delivery on ___APR 1 7 2006___.

**ROBERT D. KAWAMURA, ESQ.**
550 Halekauwila Street., Suite 106
Honolulu, Hawaii 96813

Attorney for Limitation Defendants

DATED: Honolulu, Hawaii, ___APR 1 7 2006___.

_____
GREGORY K. MARKHAM
KEITH K. KATO
DESIREE HIKIDA MOKUOHAI

Attorneys for Limitation Plaintiff