IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI'I

| | |
|---|---|
| In the Matter<br><br>Of<br><br>The Complaint of MORNING STAR CRUISES, INC., a Hawaii corporation.<br><br>SHIROH FUKUOKA,<br><br>　　　　　　　　　　　　Plaintiff,<br><br>Vs.<br><br>MORNING STAR CRUISES, INC., | Civil No. CV03-00672SOM<br>(Non-Vehicle Tort)<br><br>**DECLARATION OF ROBERT D. KAWAMURA** |

## DECLARATION OF ROBERT D. KAWAMURA

ROBERT D. KAWAMURA, declares under penalty of perjury that the following is true and correct;

1. He makes this declaration based upon his own personal knowledge and is competent to testify as to the matters set forth herein.

2. He is counsel for Plaintiff/Limitation Defendants SHIROH FUKUOKA, Individually and as Personal Representative of THE ESTATE OF MITSUKO FUKUOKA, and as Next Friend Of MIHO FUKUOKA, a Minor, in this case.

3. With regard to the production of documents, Limitation Defendants have produced all of Mitsuko Fukuoka's

previous treatment records which identify her treating providers as well as pre-existing conditions and/or illnesses. Declarant is expecting other responsive documents within three weeks and shall promptly produce the same to Plaintiff and may even be able to produce the same prior to the May 26, 2006 hearing.

    4. With regard to the interrogatories requests, the answers shall be forthcoming within three weeks. The discovery responses are almost complete and shall be turned over once completed.

Dated: Honolulu, Hawaii, _May 8, 2006_.

_____
Robert D. Kawamura