Of Counsel:
LAW OFFICE OF ROBERT D. KAWAMURA
Attorneys At Law

ROBERT D. KAWAMURA   4537
107 Lawyers Building
550 Halekauwila Street
Honolulu, Hawaii        96813
Telephone: (808) 523-3777
Facsimile:   (808) 523-3780
Email:     Honolaw@aol.com

Attorneys for Plaintiffs/Limitation Defendants
SHIROH FUKUOKA, Individually and
as Personal Representative of
THE ESTATE OF MITSUKO FUKUOKA, and
as Next Friend Of MIHO FUKUOKA, a Minor

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI'I

| | |
|---|---|
| In the Matter<br><br>    Of<br><br>The Complaint of MORNING STAR CRUISES, INC., a Hawaii corporation.<br><br>SHIROH FUKUOKA,<br><br>                    Plaintiff,<br><br>    Vs.<br><br>MORNING STAR CRUISES, INC., | ) Civil No. CV03-00672SOM<br>) (Non-Vehicle Tort)<br>)<br>) **CERTIFICATE OF SERVICE**<br>) |

**CERTIFICATE OF SERVICE**

THE UNDERSIGNED HEREBY CERTIFIES that on the date below, the foregoing document was duly served upon the following party by was of hand delivery at the following address;

>Gregory K. Markham, Esq.
>Keith K. Kato, Esq.
>CHEE & MARKHAM
>1000 American Savings Bank Tower
>1001 Bishop Street
>Honolulu, Hawaii  96813
>
>Attorneys for Defendant/Limitation Plaintiff

Dated: Honolulu, Hawaii: _____May 8, 2006_____.

_____
ROBERT D. KAWAMURA
Attorney for Plaintiffs/Limitation Defendants SHIROH FUKUOKA, Individually and as Personal Representative of THE ESTATE OF MITSUKO FUKUOKA, and as Next Friend Of MIHO FUKUOKA