ORIGINAL

Of Counsel:
KAWAMURA LAW OFFICE
Attorneys At Law

ROBERT D. KAWAMURA 4537
107 Lawyers Building
550 Halekauwila Street
Honolulu, Hawaii    96813
Telephone: (808) 523-3777
Facsimile: (808) 523-3780
Email:    Honolaw@aol.com

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

MAY 10 2006

at ___ o'clock and ___ min. ___M
SUE BEITIA, CLERK

Attorneys for Plaintiffs/Limitation Defendants
SHIROH FUKUOKA, Individually and
as Personal Representative of
THE ESTATE OF MITSUKO FUKUOKA, and
as Next Friend Of MIHO FUKUOKA, a Minor

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI'I

| | |
|---|---|
| In the Matter<br><br>Of<br><br>The Complaint of MORNING STAR CRUISES, INC., a Hawaii corporation.<br><br>SHIROH FUKUOKA,<br><br>                Plaintiff,<br><br>Vs.<br><br>MORNING STAR CRUISES, INC., | Civil No. CV03-00672SOM<br>(Non-Vehicle Tort)<br><br>**DEFENDANT LIMITATION DEFENDANT THE ESTATE OF MITSUKO FUKUOKA'S MEMORANDUM IN OPPOSITION TO MOTION FOR LEAVE TO FILE MOTION FOR SUMMARY JUDGMENT;** DECLARATION OF ROBERT D. KAWAMURA; CERTIFICATE OF SERVICE<br><br>Date: May 26, 2006<br>Time: 9:00 a.m.<br>Judge: Barry M. Kurren |

**DEFENDANT LIMITATION DEFENDANT THE ESTATE OF MITSUKO
FUKUOKA'S MEMORANDUM IN OPPOSITION TO MOTION FOR LEAVE
TO FILE MOTION FOR SUMMARY JUDGMENT**

I. Argument

Limitation Defendant THE ESTATE OF MITSUKO FUKUOKA, by and through its attorney, Robert D. Kawamura, hereby opposes Limitation Plaintiff's Motion For Leave To File Motion For Summary Judgment as said motion could have been filed within the required time. In addition, the subject discovery responses are forthcoming making this motion moot.

II. Conclusion

Based on the foregoing, Limitation Plaintiffs/Defendants respectfully request that the court provide them with three weeks within which to provide their discovery responses and documents to Limitation Plaintiff.

Dated: Honolulu, Hawaii, May 10, 2006.

_____
Robert D. Kawamura

Attorney for Limitation
 Defendants
SHIROH FUKUOKA, Individually
and as Personal Representative
of THE ESTATE OF MITSUKO
FUKUOKA, and as Next Friend Of
MIHO FUKUOKA, a Minor

2