IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI'I

| | |
|---|---|
| In the Matter<br><br>Of<br><br>The Complaint of MORNING STAR CRUISES, INC., a Hawaii corporation.<br><br>SHIROH FUKUOKA,<br><br>　　　　　　　　　　Plaintiff,<br><br>Vs.<br><br>MORNING STAR CRUISES, INC., | Civil No. CV03-00672SOM<br>(Non-Vehicle Tort)<br><br>**DECLARATION OF ROBERT D. KAWAMURA** |

### DECLARATION OF ROBERT D. KAWAMURA

ROBERT D. KAWAMURA, declares under penalty of perjury that the following is true and correct;

1. He makes this declaration based upon his own personal knowledge and is competent to testify as to the matters set forth herein.

2. He is counsel for Plaintiff/Limitation Defendants SHIROH FUKUOKA, Individually and as Personal Representative of THE ESTATE OF MITSUKO FUKUOKA, and as Next Friend Of MIHO FUKUOKA, a Minor, in this case.

3.  Tthe subject discovery responses are forthcoming making this motion moot.  The discovery responses are almost complete and shall be turned over once completed.

Dated: Honolulu, Hawaii, May 10, 2006       .

_____
Robert D. Kawamura