Of Counsel:
LAW OFFICE OF ROBERT D. KAWAMURA
Attorneys At Law

ROBERT D. KAWAMURA 4537
107 Lawyers Building
550 Halekauwila Street
Honolulu, Hawaii      96813
Telephone: (808) 523-3777
Facsimile:   (808) 523-3780
Email:     Honolaw@aol.com

Attorneys for Plaintiffs/Limitation Defendants
SHIROH FUKUOKA, Individually and
as Personal Representative of
THE ESTATE OF MITSUKO FUKUOKA, and
as Next Friend Of MIHO FUKUOKA, a Minor


IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI'I


| | |
|---|---|
| In the Matter<br><br>    Of<br><br>The Complaint of MORNING STAR<br>CRUISES, INC., a Hawaii<br>corporation.<br>_____<br>SHIROH FUKUOKA,<br><br>                        Plaintiff,<br><br>    Vs.<br><br>MORNING STAR CRUISES, INC., | ) Civil No. CV03-00672SOM<br>) (Non-Vehicle Tort)<br>)<br>) **CERTIFICATE OF SERVICE**<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |


**CERTIFICATE OF SERVICE**

        THE  UNDERSIGNED  HEREBY  CERTIFIES  that  on  the  date

below, the foregoing document was duly served upon the following

party by was of first class mail, postage prepaid addressed as

follows;

                    Gregory K. Markham, Esq.
                    Keith K. Kato, Esq.
                    CHEE & MARKHAM
                    1000 American Savings Bank Tower
                    1001 Bishop Street
                    Honolulu, Hawaii  96813


                    Attorneys for Defendant/Limitation Plaintiff

Dated: Honolulu, Hawaii: _____.

ROBERT D. KAWAMURA
Attorney for
Plaintiffs/Limitation
Defendants  SHIROH  FUKUOKA,
Individually and as Personal
Representative of THE ESTATE
OF MITSUKO FUKUOKA, and as
Next Friend Of MIHO FUKUOKA