**CHEE & MARKHAM**
ATTORNEYS AT LAW

**GREGORY K. MARKHAM**         (3453-0)
**KEITH K. KATO**              (5320-0)
**DESIREE HIKIDA MOKUOHAI**    (7793-0)
1000 American Savings Bank Tower
1001 Bishop Street
Honolulu, Hawaii  96813
Telephone: (808) 523-0111
Facsimile:  (808) 523-0115
Email: dmokuohai@cheemarkham.com

Attorneys for Limitation Plaintiffs

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| In the Matter ) | CV NO. 03-00672 SOM-BMK |
| of ) | |
| The Complaint of MORNING STAR ) CRUISES, INC., a Hawaii ) corporation. ) | |
| ) | CV NO. 04-00588 SOM-BMK |
| SHIROH FUKUOKA, ) | [CONSOLIDATED] |
| Plaintiff, ) | **LIMITATION PLAINTIFF'S MOTION FOR SUMMARY** |
| vs. ) | **JUDGMENT IN FAVOR OF PLAINTIFF'S COMPLAINT FOR** |
| MORNING STAR CRUISES, INC., ) | **EXONERATION FROM OR LIMITATION OF LIABILITY;** |
| Defendant. ) | **MEMORANDUM IN SUPPORT OF MOTION; CERTIFICATE OF SERVICE** |

)   Trial:  August 22, 2006
)    Time:   9:00 a.m.
)    Judge:  Hon. Susan Oki Mollway
)
)
)
_____ )

# LIMITATION PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT IN FAVOR OF PLAINTIFF'S COMPLAINT FOR EXONERATION FROM OR LIMITATION OF LIABILITY

COMES NOW Limitation Plaintiff Morning Star Cruises, Inc., by and through its attorneys, the law firm of Chee & Markham, and hereby moves for Summary Judgment with respect to its Complaint For Exoneration From Or Limitation of Liability in the above captioned case.

This motion is brought pursuant to Rule 56 of the *Federal Rules of Civil Procedure*, and is supported by the Memorandum in Support of Motion, Concise Statement of Facts, pleadings, files and records herein.

DATED: Honolulu, Hawaii, May 16, 2006.

/s/ Desiree Hikida Mokuohai
**GREGORY K. MARKHAM**
**KEITH K. KATO**
**DESIREE HIKIDA MOKUOHAI**

Attorneys for /Defendant
Limitation Plaintiff
**MORNING STAR CRUISES, INC.**