IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| In the Matter | ) | CV NO. 03-00672 SOM-BMK |
| | ) | |
| of | ) | |
| | ) | |
| The Complaint of MORNING STAR | ) | |
| CRUISES, INC., a Hawaii | ) | |
| Corporation. | ) | |
| | ) | CV NO. 04-00588 SOM-BMK |
| SHIROH FUKUOKA, | ) | [CONSOLIDATED] |
| | ) | |
| Plaintiff, | ) | **CERTIFICATE OF SERVICE;** |
| | ) | |
| vs. | ) | Trial:  August 22, 2006 |
| | ) | Time:   9:00 a.m. |
| MORNING STAR CRUISES, INC., | ) | Judge:  Hon. Susan Oki Mollway |
| | ) | |
| Defendant. | ) | |
| | ) | |

## <u>CERTIFICATE OF SERVICE</u>

The undersigned hereby certifies that a copy of the foregoing document was

duly served upon the below-identified party at their respective address by means of

hand-delivery on __May 17, 2006_____.

**ROBERT D. KAWAMURA, ESQ.**
550 Halekauwila Street., Suite 106
Honolulu, Hawaii  96813

Attorney for Limitation Defendants

DATED: Honolulu, Hawaii, <u>May 17, 2006.</u>

**/s/ Desiree Hikida Mokuohai**
**GREGORY K. MARKHAM**
**KEITH K. KATO**
**DESIREE HIKIDA MOKUOHAI**

Attorneys for /Defendant
Limitation Plaintiff
**MORNING STAR CRUISES, INC.**