# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

5/26/2006  4:30 pm

SUE BEITIA, CLERK

CASE NUMBER:     CV 03-00672SOM-BMK AND CV 04-00588SOM-BMK

CASE NAME:       In the Matter of the Complaint of Morning Star Cruises, Inc.
                 Fukuoka v. Morning Star Cruises, Inc.

ATTYS FOR PLA:   Keith K. Kato

ATTYS FOR DEFT:  Robert D. Kawamura

INTERPRETER:

---

JUDGE:   Barry M. Kurren          REPORTER:   C6F

DATE:    5/26/2006               TIME:       9:02 - 9:04

---

COURT ACTION:  EP: Limitation Plaintiff's Motion to Compel GRANTED.
Answers to interrogatories to be submitted by 6/15/2006.  Plaintiff's request for sanctions
is withdrawn.  Kato to prepare order.

Submitted by Richlyn Young, Courtroom Manager