**CHEE & MARKHAM**
ATTORNEYS AT LAW

**GREGORY K. MARKHAM          (3453-0)**
**KEITH K. KATO               (5320-0)**
**DESIREE HIKIDA MOKUOHAI     (7793-0)**
1000 American Savings Bank Tower
1001 Bishop Street
Honolulu, Hawaii  96813
Telephone:  (808) 523-0111
Facsimile:  (808) 523-0115
Email: dmokuohai@cheemarkham.com

Attorneys for Defendant/Limitation Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| In the Matter<br><br>of<br><br>The Complaint of MORNING STAR CRUISES, INC., a Hawaii corporation.<br><br>SHIROH FUKUOKA,<br><br>    Plaintiff,<br><br>    vs.<br><br>MORNING STAR CRUISES, INC.,<br><br>    Defendant. | CV NO. 03-00672 SOM-BMK<br><br><br><br><br>CV NO. 04-00588 SOM-BMK<br>[CONSOLIDATED]<br><br>**ORDER GRANTING DEFENDANT/LIMITATION PLAINTIFF'S MOTION TO COMPEL DISCOVERY**<br><br>Hearing:  May 26, 2006<br>Time:     9:00 a.m.<br>Magistrate Judge: Barry M. Kurren |

In the Matter of The Complaint of Morning Star Cruises, Inc.; Civil No. 03-00672 SOM-BMK; Shiroh Fukuoka vs. Morning Star Cruises, Inc.; Civil No. 04-00588 SOM-BMK; Order Granting Limitation Plaintiff's Motion to Compel Discovery

|   |   |
|---|---|
| ) |   |
| ) | Trial:  August 22, 2006 |
| ) | Time:   9:00 a.m. |
| ) | Judge:  Hon. Susan Oki Mollway |
| ) |   |

## ORDER GRANTING DEFENDANT/LIMITATION PLAINTIFF'S <u>MOTION TO COMPEL DISCOVERY</u>

Defendant/Limitation Plaintiff MORNING STAR CRUISES INC.'s Motion To Compel Discovery filed on April 17, 2006, having come on for hearing on May 26, 2006, at 9:00 a.m., before the Honorable Barry M. Kurren, United States Magistrate Judge, Keith K. Kato, Esq., having appeared on behalf of Defendant/Limitation Plaintiff MORNING STAR CRUISES INC. ("Morning Star") and Robert D. Kawamura, Esq. having appeared on behalf of Plaintiffs/Limitation Defendants Shiroh Fukuoka, Individaully and as Personal Representative of THE ESTATE OF MITSUKO FUKUOKA, and as Next Friend of MIHO FUKUOKA, a minor.

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that Defendant/Limitation Plaintiff's Motion to Compel Discovery is granted. Plaintiffs/Limitation Defendants are to submit Answers to Interrogatories no later than June 15, 2006.

In the Matter of The Complaint of Morning Star Cruises, Inc.; Civil No. 03-00672 SOM-BMK; Shiroh Fukuoka vs. Morning Star Cruises, Inc.; Civil No. 04-00588 SOM-BMK; Order Granting Limitation Plaintiff's Motion to Compel Discovery

2

/s/ Barry M. Kurren
United States Magistrate Judge
Dated: June 6, 2006

In the Matter of The Complaint of Morning Star Cruises, Inc.; Civil No. 03-00672 SOM-BMK; Shiroh Fukuoka vs. Morning Star Cruises, Inc.; Civil No. 04-00588 SOM-BMK; Order Granting Limitation Plaintiff's Motion to Compel Discovery

3