# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

07/03/2006  4:30 pm

SUE BEITIA, CLERK

| | |
|---|---|
| CASE NUMBER: | CV 03-00672SOM-BMK and CV 04-00588SOM-BMK |
| CASE NAME: | In the Matter of the Complaint of Morning Star Cruises, Inc. Shiroh Fukuoka, et al. V. Morning Star Cruises, Inc., et al. |
| ATTYS FOR PLA: | Desiree Hikida Mokuohai |
| ATTYS FOR DEFT: | Robert D. Kawamura by phone |
| INTERPRETER: | |

| | | | |
|---|---|---|---|
| JUDGE: | Barry M. Kurren | REPORTER: | C6 no record |
| DATE: | 07/03/2006 | TIME: | 9:09 - 9:14 |

COURT ACTION:  EP: Rescheduling Conference held.  Final continuance given. Court to prepare an amended order.

1. Jury trial on February 21, 2007 at 9:00 a.m. before SOM
2. Final Pretrial Conference on January 9, 2007 at 9:00 a.m. before BMK
3. 
4. Final Pretrial Statement by January 2, 2007
5. 
6. File other Non-Dispositive Motions by November 22, 2006
7. File Dispositive Motions by September 20, 2006
8a. File Motions in Limine by January 30, 2007
8b. File opposition memo to a Motion in Limine by February 6, 2007
11a. Plaintiff's Expert Witness Disclosures by August 21, 2006
11b. Defendant's Expert Witness Disclosures by September 20, 2006
12. Discovery deadline December 22, 2006
13. Settlement Conference set for November 29, 2006 at 11:00 a.m. before BMK
14. Settlement Conference statements by November 22, 2006
20. Submit Voir Dire Questions, Special Verdict Form, Concise Statement of Case and Jury Instructions by February 6, 2007
21. File Final witness list by January 30, 2007
24. Exchange Exhibit and Demonstrative aids by January 23, 2007

25. Stipulations re: Authenticity/Admissibility of Proposed Exhibits by January 30, 2007
26. File objections to the Exhibits by February 6, 2007
28a. File Deposition Excerpt Designations by January 30, 2007
28b. File Deposition Counter Designations and Objections by February 6, 2007
29. File Trial Brief by February 6, 2007
30.

cc: Tammy Kimura
Submitted by Richlyn W. Young, courtroom manager

CV 03-00672SOM-BMK;
In the Matter of the Complaint of Morning Star Cruises, Inc.
Shiroh Fukuoka, et al. V. Morning Star Cruises, Inc., et al.;
Rule 16 Scheduling Conference Minutes
07/03/2006