IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| In the Matter | ) | CV. NO. 03-00672 SOM-BMK |
| of | ) | |
| The Complaint of MORNING STAR CRUISES, INC., a Hawaii corporation. | ) | |
| | ) | CV. NO. 04-00588 SOM-BMK [consolidated] |
| SHIROH FUKUOKA, Individually and as Personal Representative of THE ESTATE OF MITSUKO FUKUOKA, and as Next Friend of MIHO FUKUOKA, a Minor, | ) | **AFFIDAVIT OF GREGORY K. MARKHAM** |
| Plaintiffs, | ) | |
| vs. | ) | |
| MORNING STAR CRUISES, INC., a Hawaii corporation; JOHN DOES 1-10, JANE DOES 1-10, DOE CORPORATIONS 1-10, DOE PARTNERSHIPS 1-10, DOE JOINT VENTURERS 1-10, DOE LIMITED LIABILITY ENTITES 1-10, DOE NON-PROFIT ENTITES, 1-10, DOE GOVERNMENTAL ENTITIES 1-10, DOE UNINCORPORATED ENTITIES 1-10, and OTHER DOE ENTITES 1-10, | ) | |
| Defendants. | ) | |

## AFFIDAVIT OF GREGORY K. MARKHAM

STATE OF HAWAII                )
                                                  : SS.
CITY AND COUNTY OF HONOLULU  )

GREGORY K. MARKHAM being first duly sworn on oath, deposes and says that,:

1. I am an attorney licensed to practice law in the State of Hawaii.

2. I am a partner with the law firm of Chee & Markham, attorneys for Defendant/Limitation Plaintiff Morning Star Cruises, Inc. in the above-captioned matter.

3. I have personal knowledge of and am competent to testify concerning the matters set forth below.

4. Exhibit 1 is a true and correct copy of a letter to Plaintiff/Limitation Defendant's counsel regarding discovery dated May 28, 2004.

5. Exhibit 2 is a true and correct copy of a letter to Plaintiff/Limitation Defendant's counsel regarding discovery dated October 11, 2004.

6. Exhibit 3 is a true and correct copy of a letter to Plaintiff/Limitation Defendant's counsel regarding discovery dated November 30, 2004.

7. Exhibit 4 is a true and correct copy of a letter to Plaintiff/Limitation Defendant's counsel regarding discovery dated February 16, 2005.

8. Exhibit 5 is a true and correct copy of a letter to Plaintiff/Limitation Defendant's counsel regarding discovery dated November 2, 2005.

9. An Order Granting Defendant/Limitation Plaintiff's Motion to Compel Discovery was filed June 6, 2006. A true and correct copy of the court order is attached hereto and incorporated by reference herein as Exhibit 6.

10. Plaintiff/Limitation Defendant has not complied with the order.

FURTHER AFFIANT SAYETH NAUGHT.

_____
GREGORY K. MARKHAM

Subscribed and sworn to before me this 11th day of JULY, 2006.

_____
Notary Public, In and For Said State
Name Printed: RoseMarie Kida

My Commission Expires: 9/5/07