KEVIN S. W. CHEE
GREGORY K. MARKHAM
KEITH K. KATO

JEFFREY S. MASATSUGU

# CHEE & MARKHAM
ATTORNEYS AT LAW

AMERICAN SAVINGS BANK TOWER
1001 BISHOP STREET, SUITE 1000
HONOLULU, HAWAII 96813

TELEPHONE: (808) 523-0111
FACSIMILE: (808) 523-0115

OF COUNSEL:
JOHN S. OKI
ELSA F.M. McGEHEE

October 11, 2004

Robert D. Kawamura, Esq.
550 Halekauwila Street, Suite 106
Honolulu, Hawaii 96813

RE: **In the Matter of The Complaint of Morning Star Cruises, Inc.**
**Civil No. CV03-00672SOM**

Dear Mr. Kawamura:

This letter is to again inquire on the status of your clients' responses to our discovery requests that were served on you on March 26, 2004. Your responses were due on **April 25, 2004**. Please inform us as to the status of your response as we need to proceed with our discovery.

We look forward to hearing from you.

Very truly yours,

CHEE & MARKHAM

KEITH K. KATO

KKK:srb


EXHIBIT 2