CHEE & MARKHAM
ATTORNEYS AT LAW

KEVIN S. W. CHEE
GREGORY K. MARKHAM
KEITH K. KATO
_____
JEFFREY S. MASATSUGU

AMERICAN SAVINGS BANK TOWER
1001 BISHOP STREET, SUITE 1000
HONOLULU, HAWAII 96813

TELEPHONE: (808) 523-0111
FACSIMILE: (808) 523-0115
_____
OF COUNSEL:
JOHN S. OKI
ELSA F.M. McGEHEE

February 16, 2005

Robert D. Kawamura, Esq.
550 Halekauwila Street, Suite 106
Honolulu, Hawaii  96813

RE:   **In the Matter of The Complaint of Morning Star Cruises, Inc.**
      **Civil No. CV03-00672SOM**

Dear Mr. Kawamura:

This letter is to again inquire on the status of your clients' responses to our initial discovery requests that were served on you on **March 26, 2004.**  Your clients' responses are long overdue.  We have been extremely patient as we understand a language barrier exists but your clients' delay is jeopardizing the defense of this claim.  Therefore, we have no alternative but to insist that your clients respond to our discovery request and provide all of Mitsuko Fukuoka's medical records for the last ten years by **March 1, 2005.**  Your clients' failure to respond by this date will necessitate seeking the Court's assistance in obtaining responses to our preliminary discovery requests.

Should you have any questions or comments, please do not hesitate to contact me at your earliest convenience.

Very truly yours,

CHEE & MARKHAM

KEITH K. KATO

KKK:srb

EXHIBIT 4