# CHEE & MARKHAM
*ATTORNEYS AT LAW*

KEVIN S. W. CHEE
GREGORY K. MARKHAM
KEITH K. KATO

AMERICAN SAVINGS BANK TOWER
1001 BISHOP STREET, SUITE 1000
HONOLULU, HAWAII 96813

TELEPHONE NUMBER (808) 523-0111
FAX NUMBER (808) 523-0115

DEVON I. PETERSON

November 2, 2005

Robert D. Kawamura, Esq.
550 Halekauwila Street, Suite 106
Honolulu, Hawaii 96813

RE:  **In the Matter of The Complaint of Morning Star Cruises, Inc.**
     **Civil No. CV03-00672SOM**

Dear Mr. Kawamura:

This letter is to again inquire on the status of your clients' responses to our initial discovery requests that were served on you on **March 26, 2004**. Your clients' responses are long overdue. We have been extremely patient as we understand a language barrier exists but your clients' delay is jeopardizing the defense of this claim. Your clients' failure to respond by this date will necessitate seeking the Court's assistance in obtaining responses to our preliminary discovery requests.

Should you have any questions or comments, please do not hesitate to contact me at your earliest convenience.

Very truly yours,

CHEE & MARKHAM

KEITH K. KATO

KKK:srb


EXHIBIT 5