**CHEE & MARKHAM**
ATTORNEYS AT LAW

| | |
|---|---|
| GREGORY K. MARKHAM | (3453-0) |
| KEITH K. KATO | (5320-0) |
| DESIREE HIKIDA MOKUOHAI | (7793-0) |

1000 American Savings Bank Tower
1001 Bishop Street
Honolulu, Hawaii 96813
Telephone: (808) 523-0111
Facsimile: (808) 523-0115
Email: dmokuohai@cheemarkham.com

Attorneys for Defendant/Limitation Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| In the Matter<br><br>of<br><br>The Complaint of MORNING STAR CRUISES, INC., a Hawaii corporation.<br><br>SHIROH FUKUOKA,<br><br>Plaintiff,<br><br>vs.<br><br>MORNING STAR CRUISES, INC.,<br><br>Defendant. | CV NO. 03-00672 SOM-BMK<br><br><br><br>CV NO. 04-00588 SOM-BMK<br>[CONSOLIDATED]<br><br>**ORDER GRANTING DEFENDANT/LIMITATION PLAINTIFF'S MOTION TO COMPEL DISCOVERY**<br><br>Hearing: May 26, 2006<br>Time: 9:00 a.m.<br>Magistrate Judge: Barry M. Kurren |

In the Matter of The Complaint of Morning Star Cruises, Inc.; Civil No. 03-00672 SOM-BMK; Shiroh Fukuoka vs. Morning Star Cruises, Inc.; Civil No. 04-00588 SOM-BMK; Order Granting Limitation Plaintiff's Motion to Compel Discovery



)
) Trial: August 22, 2006
) Time: 9:00 a.m.
) Judge: Hon. Susan Oki Mollway
)

## ORDER GRANTING DEFENDANT/LIMITATION PLAINTIFF'S MOTION TO COMPEL DISCOVERY

Defendant/Limitation Plaintiff MORNING STAR CRUISES INC.'s Motion To Compel Discovery filed on April 17, 2006, having come on for hearing on May 26, 2006, at 9:00 a.m., before the Honorable Barry M. Kurren, United States Magistrate Judge, Keith K. Kato, Esq., having appeared on behalf of Defendant/Limitation Plaintiff MORNING STAR CRUISES INC. ("Morning Star") and Robert D. Kawamura, Esq. having appeared on behalf of Plaintiffs/Limitation Defendants Shiroh Fukuoka, Individaully and as Personal Representative of THE ESTATE OF MITSUKO FUKUOKA, and as Next Friend of MIHO FUKUOKA, a minor.

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that Defendant/Limitation Plaintiff's Motion to Compel Discovery is granted. Plaintiffs/Limitation Defendants are to submit Answers to Interrogatories no later than June 15, 2006.

In the Matter of The Complaint of Morning Star Cruises, Inc.; Civil No. 03-00672 SOM-BMK; Shiroh Fukuoka vs. Morning Star Cruises, Inc.; Civil No. 04-00588 SOM-BMK; Order Granting Limitation Plaintiff's Motion to Compel Discovery

2



/s/ Barry M. Kurren
United States Magistrate Judge
Dated: June 6, 2006

In the Matter of The Complaint of Morning Star Cruises, Inc.; Civil No. 03-00672 SOM-BMK; Shiroh Fukuoka vs. Morning Star Cruises, Inc.; Civil No. 04-00588 SOM-BMK; Order Granting Limitation Plaintiff's Motion to Compel Discovery