IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| In the Matter ) | CV NO. 03-00672 SOM-BMK |
| ) | |
| of ) | |
| ) | |
| The Complaint of MORNING STAR ) | |
| CRUISES, INC., a Hawaii ) | |
| Corporation. ) | |
| SHIROH FUKUOKA, ) | CV NO. 04-00588 SOM-BMK |
| ) | |
| Plaintiff, ) | **[CONSOLIDATED]** |
| ) | |
| vs. ) | |
| ) | **CERTIFICATE OF SERVICE;** |
| MORNING STAR CRUISES, INC., ) | |
| ) | |
| Defendant. ) | |
| ) | |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing document was duly served upon the below-identified party at their respective address by means of hand-delivery on July 11, 2006.

**ROBERT D. KAWAMURA, ESQ.**
550 Halekauwila Street., Suite 106
Honolulu, Hawaii 96813

Attorney for Limitation Defendants


DATED: Honolulu, Hawaii, July 11, 2006.

_____
**GREGORY K. MARKHAM**
**KEITH K. KATO**
**DESIREE HIKIDA MOKUOHAI**

Attorneys for /Defendant
Limitation Plaintiff
**MORNING STAR CRUISES, INC.**