IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI'I

| | |
|---|---|
| In the Matter<br><br>Of<br><br>The Complaint of MORNING STAR CRUISES, INC., a Hawaii corporation.<br>_____<br>SHIROH FUKUOKA,<br><br>         Plaintiff,<br><br>Vs.<br><br>MORNING STAR CRUISES, INC.,<br><br>         Defendant.<br>_____ | ) Civil No. CV03-00672SOM<br>) (Non-Vehicle Tort)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) Civil No. 04-00588 SOM-BMK<br>) (Consolidated)<br>)<br>) **CERTIFICATE OF SERVICE**<br>)<br>)<br>)<br>)<br>) |

**CERTIFICATE OF SERVICE**

THE UNDERSIGNED HEREBY CERTIFIES THAT on the date below a copy of the foregoing was duly served upon the following party by way of hand delivery at the following address;

    Gregory K. Markham, Esq.
    Keith K. Kato, Esq.
    Desiree Hikida Mokuohai, Esq.
    CHEE & MARKHAM
    1000 American Savings Bank Tower
    1001 Bishop Street
    Honolulu, Hawaii 96813

    Attorneys for Limitation Plaintiff
    MORNING STAR CRUISES, INC.