ORIGINAL

Of Counsel:
KAWAMURA LAW OFFICE
Attorneys At Law

ROBERT D. KAWAMURA 4537
107 Lawyers Building
550 Halekauwila Street
Honolulu, Hawaii      96813
Telephone: (808) 523-3777
Facsimile:  (808) 523-3780
Email:     Honolaw@aol.com

Attorneys for Plaintiffs/Limitation Defendants
SHIROH FUKUOKA, Individually and
as Personal Representative of
THE ESTATE OF MITSUKO FUKUOKA, and
as Next Friend Of MIHO FUKUOKA, a Minor

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JUL 1 2 2006

at 3 o'clock and ___ min. ___ M
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI'I

| | |
|---|---|
| In the Matter<br><br>Of<br><br>The Complaint of MORNING STAR CRUISES, INC., a Hawaii corporation.<br><br>SHIROH FUKUOKA,<br><br>         Plaintiff,<br><br>Vs.<br><br>MORNING STAR CRUISES, INC.,<br><br>         Defendant. | Civil No. CV03-00672SOM<br>(Non-Vehicle Tort)<br><br>**CERTIFICATE OF SERVICE**<br><br>RE: **DEFENDANT MIHO FUKUOKA'S RESPONSE TO LIMITATION PLAINTIFF'S FIRST REQUEST FOR ANSWERS TO INTERROGATORIES TO DEFENDANT MIHO FUKUOKA**<br><br>Civil No. 04-00588 SOM-BMK<br>(Consolidated) |

**CERTIFICATE OF SERVICE**

THE UNDERSIGNED HEREBY CERTIFIES THAT on the date below a copy of the foregoing was duly served upon the following party by way of hand delivery at the following address;

   Gregory K. Markham, Esq.
   Keith K. Kato, Esq.
   Desiree Hikida Mokuohai, Esq.
   CHEE & MARKHAM
   1000 American Savings Bank Tower
   1001 Bishop Street
   Honolulu, Hawaii  96813

   Attorneys for Limitation Plaintiff
   MORNING STAR CRUISES, INC.

Dated: Honolulu, Hawaii, _____Jun 12, 2006_____.

_____
Robert D. Kawamura