ORIGINAL

Of Counsel:
KAWAMURA LAW OFFICE
Attorneys At Law

ROBERT D. KAWAMURA 4537
107 Lawyers Building
550 Halekauwila Street
Honolulu, Hawaii        96813
Telephone: (808) 523-3777
Facsimile:   (808) 523-3780
Email:     Honolaw@aol.com

Attorneys for Plaintiffs/Limitation Defendants
SHIROH FUKUOKA, Individually and
as Personal Representative of
THE ESTATE OF MITSUKO FUKUOKA, and
as Next Friend Of MIHO FUKUOKA, a Minor

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JUL 1 2 2006

at ___ o'clock and ___ min. ___ M
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI'I

| | |
|---|---|
| In the Matter<br><br>　　Of<br><br>The Complaint of MORNING STAR CRUISES, INC., a Hawaii corporation.<br>_____<br>SHIROH FUKUOKA,<br><br>　　　　Plaintiff,<br><br>　Vs.<br><br>MORNING STAR CRUISES, INC.,<br><br>　　　Defendant.<br>_____ | ) Civil No. CV03-00672SOM<br>) (Non-Vehicle Tort)<br>)<br>) **CERTIFICATE OF SERVICE**<br>)<br>) RE: **DEFENDANT LIMITATION**<br>) **DEFENDANT THE ESTATE OF**<br>) **MITSUKO FUKUOKA'S RESPONSE**<br>) **TO LIMITATION PLAINTIFF'S**<br>) **FIRST REQUEST FOR ANSWERS TO**<br>) **INTERROGATORIES TO**<br>) **LIMITATION DEFENDANT THE**<br>) **ESTATE OF MITSUKO FUKUOKA**<br>)<br>) Civil No. 04-00588 SOM-BMK<br>) (Consolidated)<br>)<br>) |

CERTIFICATE OF SERVICE

THE UNDERSIGNED HEREBY CERTIFIES THAT on the date below a copy of the foregoing was duly served upon the following party by way of hand delivery at the following address;

Gregory K. Markham, Esq.
Keith K. Kato, Esq.
Desiree Hikida Mokuohai, Esq.
CHEE & MARKHAM
1000 American Savings Bank Tower
1001 Bishop Street
Honolulu, Hawaii  96813

Attorneys for Limitation Plaintiff
MORNING STAR CRUISES, INC.


Dated: Honolulu, Hawaii, _____.

_____
Robert D. Kawamura