ORIGINAL

**CHEE & MARKHAM**
Attorneys At Law

| | |
|---|---|
| **GREGORY K. MARKHAM** | (3453-0) |
| **KEITH K. KATO** | (5320-0) |
| **DESIREE HIKIDA MOKUOHAI** | (7793-0) |

1000 American Savings Bank Tower
1001 Bishop Street
Honolulu, Hawaii 96813
Telephone: (808) 523-0111
Facsimile: (808) 523-0115
Email: gmarkham@cheemarkham.com
       kkato@cheemarkham.com
       dmokuohai@cheemarkham.com

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JUL 2 1 2006

at 3 o'clock and 55 min. P M
SUE BEITIA, CLERK

Attorneys for Defendant/Limitation Plaintiff
**MORNING STAR CRUISES, INC.**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| In the Matter of | CV. NO. 03-00672 SOM-BMK |
| The Complaint of MORNING STAR CRUISES, INC., a Hawaii corporation. | |
| SHIROH FUKUOKA, Individually and as Personal Representative of THE ESTATE OF MITSUKO FUKUOKA, and as Next Friend of MIHO FUKUOKA, a Minor, | CV. NO. 04-00588 SOM-BMK **[CONSOLIDATED]** |
| Plaintiffs, | **NOTICE OF HEARING OF LIMITATION PLAINTIFF MORNING STAR CRUISES** |
| vs. | **INC.'S MOTION FOR SUMMARY JUDGMENT** |
| MORNING STAR CRUISES, INC., a Hawaii corporation; JOHN DOES 1- | **AGAINST LIMITATION DEFENDANTS FOR EXONERATION FROM, OR** |

ORIGINAL

| | |
|---|---|
| 10, JANE DOES 1-10, DOE CORPORATIONS 1-10, DOE PARTNERSHIPS 1-10, DOE JOINT VENTURERS 1-10, DOE LIMITED LIABILITY ENTITES 1-10, DOE NON-PROFIT ENTITES, 1-10, DOE GOVERNMENTAL ENTITIES 1-10, DOE UNINCORPORATED ENTITIES 1-10, and OTHER DOE ENTITES 1-10,<br><br>            Defendants. | ) **EXONERATION FROM, OR**<br>) **LIMITATION OF LIABILITY;**<br>) **LIMITATION PLAINTIFF**<br>) **MORNING STAR CRUISES**<br>) **INC.'S MOTION FOR**<br>) **SUMMARY JUDGMENT**<br>) **AGAINST LIMITATION**<br>) **DEFENDANTS FOR**<br>) **EXONERATION FROM, OR**<br>) **LIMITATION OF LIABILITY**<br>) **MEMORANDUM IN SUPPORT**<br>) **OF MOTION; AFFIDAVIT OF**<br>) **PAUL S. K. YIP; DECLARATION**<br>) **OF GREGORY K. MARKHAM;**<br>) **EXHIBITS "A"-"B";**<br>) **CERTIFICATE OF SERVICE**<br>)<br>) Date:  August 21, 2006<br>)<br>) Time: 11:15 a.m.<br>)<br>) Judge: Hon. Susan Oki Mollway<br>)<br>)<br>) Trial:   February 21, 2007<br>) Time:   9:00 a.m.<br>) Judge: Hon. Susan Oki Mollway<br>)<br>) |

NOTICE OF HEARING OF LIMITATION PLAINTIFF
MORNING STAR CRUISES INC.'S MOTION FOR
SUMMARY JUDGMENT AGAINST LIMITATION DEFENDANTS
FOR EXONERATION FROM, OR LIMITATION OF LIABILITY

TO: **ROBERT D. KAWAMURA, ESQ.**
550 Halekauwila Street., Suite 106
Honolulu, Hawaii  96813

Attorney for Limitation Defendants

NOTICE is hereby given that Limitation Plaintiff Morning Star Cruises Inc.'s Motion For Summary Judgment Against Limitation Defendants For Exoneration From, Or Limitation Of Liability shall come on for hearing before the Honorable Susan Oki Mollway, Magistrate/Judge of the above-entitled Court, in his courtroom in the United States Courthouse, 300 Ala Moana Boulevard, Honolulu, Hawaii, on Monday, August 21, 2006, at the hour of 11:15 o'clock a.m., or as soon thereafter as counsel may be heard.

DATED:   Honolulu, Hawaii, July 21, 2006.

GREGORY K. MARKHAM
KEITH K. KATO
DESIREE HIKIDA MOKUOHAI

Attorneys for /Defendant
Limitation Plaintiff
**MORNING STAR CRUISES, INC.**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| In the Matter ) | CV NO. 03-00672 SOM-BMK |
| of ) | |
| The Complaint of MORNING STAR ) CRUISES, INC., a Hawaii ) corporation. ) | |
| SHIROH FUKUOKA, ) | CV NO. 04-00588 SOM-BMK |
| Plaintiff, ) | [CONSOLIDATED] |
| vs. ) | **LIMITATION PLAINTIFF MORNING STAR CRUISES INC.'S MOTION FOR SUMMARY JUDGMENT AGAINST LIMITATION DEFENDANTS FOR EXONERATION FROM OR LIMITATION OF LIABILITY** |
| MORNING STAR CRUISES, INC., ) | |
| Defendant. ) | |

LIMITATION PLAINTIFF MORNING STAR CRUISES INC.'S MOTION
FOR SUMMARY JUDGMENT AGAINST LIMITATION DEFENDANTS
FOR EXONERATION FROM OR LIMITATION OF LIABILITY

COMES NOW Limitation Plaintiff Morning Star Cruises, Inc., by and through its attorneys, the law firm of Chee & Markham, and hereby moves for Summary Judgment with respect to its Complaint For Exoneration From Or Limitation of Liability in the above captioned case.

This motion is brought pursuant to Rule 56 of the *Federal Rules of Civil Procedure*, and is supported by the Memorandum in Support of Motion, Concise Statement of Facts, pleadings, files and records herein.

DATED: Honolulu, Hawaii, July 21, 2006.

                                                */s/*

**GREGORY K. MARKHAM**
**KEITH K. KATO**
**DESIREE HIKIDA MOKUOHAI**

Attorneys for /Defendant
Limitation Plaintiff
**MORNING STAR CRUISES, INC.**