IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| In the Matter of )<br>)<br>The Complaint of MORNING STAR )<br>CRUISES, INC., a Hawaii corporation. )<br>) | CV. NO. 03-00672 SOM-BMK |
| SHIROH FUKUOKA, Individually and )<br>as Personal Representative of THE )<br>ESTATE OF MITSUKO FUKUOKA, )<br>and as Next Friend of MIHO )<br>FUKUOKA, a Minor, )<br>)<br>        Plaintiffs, )<br>)<br>vs. )<br>)<br>MORNING STAR CRUISES, INC., a )<br>Hawaii corporation; JOHN DOES 1- )<br>10, JANE DOES 1-10, DOE )<br>CORPORATIONS 1-10, DOE )<br>PARTNERSHIPS 1-10, DOE JOINT )<br>VENTURERS 1-10, DOE LIMITED )<br>LIABILITY ENTITES 1-10, DOE )<br>NON-PROFIT ENTITES, 1-10, DOE )<br>GOVERNMENTAL ENTITIES 1-10, )<br>DOE UNINCORPORATED )<br>ENTITIES 1-10, and OTHER DOE )<br>ENTITES 1-10, )<br>)<br>        Defendants. )<br>) | CV. NO. 04-00588 SOM-BMK<br><br>**[CONSOLIDATED]**<br><br>DECLARATION OF GREGORY K. MARKHAM |

## DECLARATION OF GREGORY K. MARKHAM

GREGORY K. MARKHAM, hereby declares as follows:

1. I am an attorney licensed to practice law in all the Courts in the State of Hawaii.

2. I am a partner for the law firm of Chee & Markham and one of the attorneys for Defendant/Limitation Plaintiff Morning Star Cruises, Inc. (hereinafter Morning Star) in the above-entitled matter.

3. I have personal knowledge of and am competent to testify concerning the matters set forth below.

4. Attached hereto as Exhibit "A" is a true and correct copy of the appraisal report dated November 24, 2003 of the survey of the twenty-four foot steel barge O/N HA 1367 CP conducted by maritime surveyor Michael Doyle.

4. Attached hereto as Exhibit "B" is a true and correct copy of the waiver signed by Mitsuko Fukuoka and translated by Steven C. Silver of Silver Bridges International, LLC.

**I, GREGORY K. MARKHAM, DO DECLARE UNDER PENALTY OF LAW THAT THE FOREGOING IS TRUE AND CORRECT.**

DATED: Honolulu, Hawaii, July 21, 2006

GREGORY K. MARKHAM

2