[Translation]

# KANEOHE BAY OCEAN SPORTS

**SeaWalker** Package

SeaWalker/Jet Skiing/Banana Boat

- Wearing the SeaWalker helmet, you can stroll freely on the ocean floor in a bathing suit.
- Eyeglasses are OK since your face doesn't get wet
- Since you will be accompanied by experienced instructors, anyone from children to seniors can give it a try.

# KBOS
# OCEAN SPORTS

### Enjoy a Stroll through the Beautiful Waters of Hawaii

What's included in the Package:
- Pickup and drop-off service from Waikiki hotels
- SeaWalker
- Jet Skiing
- Banana Boat
- Snacks and Lunch

Caution:   Individuals under 16 years of age are not permitted to operate a jet ski. Such individuals are permitted to ride together with another driver. Children under 12 years of age are not permitted to participate in the SeaWalker.



EXHIBIT B

[Translation]

# The newest ocean fun in Hawaii

# The SeaWalker

Wearing only a helmet, you can enjoy a stroll on the ocean floor while breathing easily and normally.

The SeaWalker. A compressor delivers a continual stream of fresh air to the helmet. The helmets are absolutely watertight so your hair stays dry and you can leave your glasses and contact lenses on. The SeaWalker is open to anyone who is at least 12 years of age and who is in good health. Of course, the SeaWalker is even open to non-swimmers.

Descend down to the ocean floor at your own pace - to a depth of approximately 3 meters - using the special Seawalker ladder and enjoy a stroll on the ocean floor together with an instructor. You'll feel like you're walking in outer space. [Bring the experience to a] climax by feeding the fish – the fish will gather around the food you in your hand.

[Enjoy] our popular "SeaWalker Package", which combines the SeaWalker with 2 other highly popular ocean experiences - Jet Skiing and a ride on the Banana Boat.

Caution:   Hawaii law requires jet ski operators to be at least 16 years of age. However, individuals under 16 years of age are permitted to ride together with other drivers.

[Translation]

# K.B.O.S.
## SeaWalker Disclaimer Agreement
## (and other Ocean Sports)

The following warning is provided in order to enable you to enjoy yourself safely and comfortably. Always follow staff instructions and, for the benefit of your safety and the safety of other customers, please comport yourself in a personally responsible manner.

1) You must be at least 12 years of age. (The signature of a guardian is required for individuals under 18 years of age.)
2) You (your guardian) should sign the following Disclaimer Agreement only after you have carefully read and understood it.

Disclaimer Agreement (Please make sure to read this prior to signing.)
[I hereby] acknowledge that neither I (the participant) personally, my family, my heirs nor any other related parties have any significance [SIC] nor any claims in connection with any of the risks, whether anticipated or not, that may arise in connection with [my] participation in the SeaWalker. [I hereby] agree to release and discharge KBOS, the travel agency, HMA, PADI and PADI instructors/Seawalker instructors from all liability arising out of any personal injury, accidents, damage to personal property, or fatal accidents resulting from carelessness.

A physician's letter is required for individuals with a history of any of the following medical conditions.

<u>Medical Conditions</u>
Cold, respiratory difficulty, asthma, diabetes, heart disease, pulmonary tuberculosis, pulmonary emphysema, pneumothorax, otopathy, rhinopathy, epilepsy, hypertension, pregnancy, currently under treatment, immediately post-operative (heart, arterial tuberculosis, surgery), drug or substance dependency, alcohol dependency, mental disorder (claustrophobia, etc.).

I (the participant) hereby confirm that I am not currently suffering from nor do I have a history of any of the medical conditions listed above.

The signature of a guardian is required for individuals under 18 years of age.

| Date | Name (Signature) | Age | Signature (Guardian) |
|---|---|---|---|
| 8/14 | Miho Fukuoka | 14 | Mitsuko Fukuoka |
| 8/14 | Mitsuko Fukuoka | 43 | |
| 8/14 | Yayoi Sato | 25 | ~~Sa~~ |
| " | Hajime [?] Sato | 27 | |
| 8/14 | Haruo Ishizuka | 45 | |
| " | Taiki Ishizuka | 13 | Haruo Ishizuka |
| 8/14 | Ryo [?] Taketomi | 13 | Yuji Taketomi |
| " | Aya [?] Taketomi | 18 | Yuji Taketomi |
| " | Yuji Taketomi | 43 | |
| " | Kaoru [?] Taketomi | 44 | |
| " | Yasuna Matsuoka | 15 | Yasuhiro Matsuoka |
| " | Kaori Matsuoka | 13 | [Symbol] |
| " | Yasuhiro Matsuoka | 47 | |
| " | Rie Sasaki | 15 | Seiko [?] Sasaki |
| " | Miki Sasaki | 12 | " |
| " | Seiko [?] Sasaki | 41 | |

INSTRUCTOR'S SIGNATURE: <u>[Signature Affixed]</u>    DATE: _____

[Translation]

DATE: _____

All risks associated with any harm, injury or damage which may arise in connection with any accidents caused by the failure to comply with established safety procedures shall be borne by the individual, and neither the operator nor the travel agency shall bear any liability with respect thereto.

[I] hereby agree to assume personal responsibility for any and all accidents, injuries and damages arising out of the failure to comply with staff instructions or the rules. Further, I have carefully read and understood this Disclaimer Agreement prior to signing same.

| Name | Hotel | Room # | Name of Agent |
|---|---|---|---|
| Mitsuko Fukuoka | Hyatt Regency | 3352 | JTB |
| Miho Fukuoka | Hyatt Agency [SIC] | 3352 | JTB |
| Hajime [?] Sato | Marriot Beach | ~~2790~~ 2970 | JAL ~~[Illegible]~~ |
| Yayoi Sato | Marriot Beach | ~~2~~ 2970 | JAL (Aloha Seven) |
| Haruo Ishizuka | Princess Kaiulani | 565 | JTB |
| Taiki Ishizuka | Princess Kaiulani | " | " |
| Ryo Taketomi | Marriott Beach | 723 | JTB |
| Aya Taketomi | Marriott Beach | 723 | " |
| Yuji Taketomi | " | 725 | " |
| Yasuna Matsuoka | Hyatt Regency | 1807 | I'LL |
| Yasuhiro Matsuoka | " | 1806 | " |
| Kaori Matsuoka | " | " | " |
| Miki Sasaki | Marriott Resort | 1213 | Yomiuri Travel Service |
| Rie Sasaki | " | " | " |
| Hidetoshi [?] Sasaki | " | 1214 | " |
| Seiko [?] Sasaki | " | " | " |
| Yuji Terajima [?] | Hilton Hawaiian Village | Lagoon 1672 | HIS |
| Eri Maeda | " | " | " |
| Ryoichi Maeda | " | " | " |
| Junko Maeda | " | " | " |
| Ai [?] Nakano | Marriott Resort | 1916 | Aloha Seven |
| [Illegible] | " | " | " |
| Akira [?] Ishiyama | Marriott Resort | 503 | [Illegible] |
| [Illegible] | " | " | " |
| [Illegible] | " | " | " |
| | | | |
| | | | |
| | | | |

ハワイで一番新しい海の遊び



# シーウォーカー

ヘルメットを被るだけで楽に普通の呼吸で海底散歩が楽しめるシーウォーカー。ヘルメットには常にコンプレッサーから新鮮な空気が送られています。水は絶対にはいってきませんので髪を濡らす事もありませんし、メガネ・コンタクトをかけたままでもOKです。12歳以上で健康なかたなら誰でも参加できます。もちろん泳げない方もOKです。

シーウォーカー専用のハシゴで水深約3メートルの海底まで自分のペースでおり、インストラクターと一緒に海底散歩をエンジョイ。まるで宇宙遊泳をしているような気分になります。クライマックスは魚の餌付、あなたの持つ餌に魚達が集まります。

シーウォーカーの他ジェットスキーとバナナボートライドと大人気な海遊びを組み合わせた「シーウォーカーパッケージ」が好評です。

注： ジェットスキーの運転は16歳以上とハワイ州の法律で決められています。ただし、16歳以下の方は他の人の運転による同乗可能です。

18

# K.B.O.S
## シーウォーカー 免責同意書
### （及びその他のオーシャスポーツ）

お客様に安全かつ快適に楽しんで頂く為に下記の注意があります。　常に係員の指示に従い、お客様個人及び他のお客様の安全のために、お客様自身の責任において行動して下さい。
1) １２才以上であること。（１８才以下の方は保護者の署名が必要です。）
2) 下記の免責同意書を良く読み把握したうえで本人（保護者）が署名する事。

免責同意書（署名される前に必ず読んで下さい。）
シーウォーカーに参加するに当たり、予想されると否かに関わらず、関連して起こり得る全リスクは、私（参加者）自身・家族・相続人・その他の関係者は何等の意義を有せず請求権を有しない事を確認します。不注意による個人ケガ・傷害・私物の破損・死亡事故における全ての賠償責任から ＫＢＯＳ・旅行代理・ＨＭＡ・ＰＡＤＩ・及びＰＡＤＩインストラクター・シーウォーカーインストラクターを解放し、免除することに同意します。

下記の病歴がある方は医師の診断書がいります。
「病歴」
現在、風邪・呼吸器系のトラブル・喘息・糖尿病・心臓疾患・肺結核・肺気腫気胸・耳及び鼻科の病・てんかん・高血圧・妊娠・通院中・手術の直後（心臓・動脈結腸・外科）・麻薬・薬物依存症・アルコール依存症・精神傷害（閉所恐怖症等）
私（参加者）は、以上の全ての項目にあてはまる病気及び病歴はない事を確認します。

１８才以下の方は保護者のサインが必要です。

| 日付け | 氏名（署名） | 年齢 | 署名（保護者） |
|---|---|---|---|
| 8/14 | 福岡美帆 | 14 | 福岡美都子 |
| 8/14 | 福岡美都子 | 43 | |
| 8/14 | 佐藤那歩 | 25 | 佐 |
| 〃 | 佐藤輝 | 27 | |
| 8/14 | 石塚春雄 | 45 | |
| 〃 | 石塚大輝 | 13 | 石塚春雄 |
| 8/14 | 武富涼 | 13 | 武富裕司 |
| 〃 | 武富彩 | 18 | 武富裕司 |
| 〃 | 武富裕司 | 43 | |
| 〃 | 武富香 | 44 | |
| 〃 | 松岡泰菜 | 15 | 松岡靖博 |
| 〃 | 松岡季 | 13 | 〃 |
| 〃 | 松岡靖博 | 67 | |
| 〃 | 佐々木理恵 | 15 | 佐々木聖子 |
| 〃 | 佐々木美紀 | 12 | 〃 |
| 〃 | 佐々木聖子 | 41 | |

INSTRUCTOR'S SIGNATURE: _____　DATE:

DATE: _____

- 確立されている安全手順を守らないで発生した事故に対して生じえるいかなる危害、傷害、損害について関連するすべてのリスクを、個人のものとし、業者及び、旅行代理店に一切の責任はないものとする。
- 以上、指導員の指示及び、規則に従わず発生した際の事故、傷害、損害にかんしてその一切を個人のものとする事をここに同意致します。又、私はこの免責同意書を署名前に熟読し、内容を熟知致しました。

| 氏名 | ホテル | ルーム# | エージェント名 |
|---|---|---|---|
| 福岡 美都子 | ハイアットリージェンシー | 3352 | JTB |
| 福岡 美帆 | ハイアットリージェンシー | 3352 | JTB |
| 佐藤 隆 | マリオット・ビーチ | 2970 | JAL(四谷) |
| 佐藤 弥生 | マリオットビーチ | 2970 | JAL(アパセブン) |
| 石塚 春姫 | プリンセスカイウラニ | 565 | JTB |
| 石塚 大輝 | プリンセスカイウラニ | 〃 | 〃 |
| 武富 涼 | マリオットビーチ | 723 | JTB |
| 武富 彩 | マリオットビーチ | 723 | 〃 |
| 武富 裕司 | 〃 | 725 | 〃 |
| 武富 香 | 〃 | 〃 | 〃 |
| 松岡 泰棄 | ハイアットリージェンシー | 1807 | エル |
| 松岡 靖恵 | 〃 | 1806 | 〃 |
| 松岡 香 | 〃 | 〃 | 〃 |
| 佐々木 美紀 | マリオットリゾート | 1213 | 読売旅行 |
| 佐々木 理恵 | 〃 | 〃 | 〃 |
| 佐々木 英数 | 〃 | 1218 | 〃 |
| 佐々木 理子 | 〃 | 〃 | 〃 |
| 等嶋 裕司 | ヒルトンハワイアンビレッジ | ラグーン 1672 | H.I.S. |
| 前田 恵理 | 〃 | 〃 | 〃 |
| 前田 晃一 | 〃 | 〃 | 〃 |
| 前田 純子 | 〃 | 〃 | 〃 |
| 中野 愛 | マリオットリゾート | 1916 | ナガハセブン |
| 菱沼 伸也 | 〃 | 〃 | 〃 |
| 石山 明 | マリオットリゾート | 503 | 読売 |
| 祥子 | 〃 | 〃 | 〃 |
| 寛子 | 〃 | 〃 | 〃 |