IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| In the Matter of The Complaint of MORNING STAR CRUISES, INC., a Hawaii corporation. | CV NO. 03-00672 SOM-BMK |
| SHIROH FUKUOKA, Plaintiff, vs. MORNING STAR CRUISES, INC., Defendant. | CV NO. 04-00588 SOM-BMK [CONSOLIDATED]<br><br>**CERTIFICATE OF SERVICE**<br><br>Hearing: August 21, 2007<br>Time: 11:15 a.m.<br>Judge: Hon. Susan Oki Mollway<br><br>Trial: February 21, 2007<br>Time: 9:00 a.m.<br>Judge: Hon. Susan Oki Mollway |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing document was duly served upon the below-identified party at their respective address by means of hand-delivery on July 21, 2006.

**ROBERT D. KAWAMURA, ESQ.**
550 Halekauwila Street., Suite 106
Honolulu, Hawaii 96813

Attorney for Limitation Defendants



DATED: Honolulu, Hawaii, July 21, 2006.

/s/ Gregory K. Markham

**GREGORY K. MARKHAM**
**KEITH K. KATO**
**DESIREE HIKIDA MOKUOHAI**

Attorneys for /Defendant
Limitation Plaintiff
MORNING STAR CRUISES, INC.