IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| In the Matter ) | CIV. NO. 03-00672 SOM/BMK |
| ) | (consolidated) |
| of ) | |
| ) | |
| The Complaint of MORNING STAR ) | ORDER REGARDING LIVELY V. |
| CRUISES, INC., a Hawaii ) | WILD OATS MARKETS, INC. |
| corporation, ) | |
| ) | |
| Petitioner, ) | |
| _____ ) | |
| ) | |
| SHIROH FUKUOKA, Individually ) | CIV. NO. 04-00588 SOM/BMK |
| and as Personal ) | (consolidated) |
| Representative of the ESTATE ) | |
| OF MITSUKO FUKUOKA, and as ) | |
| Next Friend of MIHO FUKUOKA, ) | ORDER REGARDING LIVELY V. |
| a Minor, ) | WILD OATS MARKETS, INC. |
| ) | |
| Plaintiffs, ) | |
| ) | |
| vs. ) | |
| ) | |
| MORNING STAR CRUISES, INC., a ) | |
| Hawaii Corporation; JOHN DOES ) | |
| 1-10; JANE DOES 1-10; DOE ) | |
| CORPORATIONS 1-10; DOE ) | |
| PARTNERSHIPS 1-10; DOE ) | |
| VENTURERS 1-10; DOE LIMITED ) | |
| LIABILITY ENTITIES 1-10; DOE ) | |
| GOVERNMENTAL ENTITIES 1-10; ) | |
| DOE UNINCORPORATED ENTITIES ) | |
| 1-10; AND OTHER DOE ENTITIES ) | |
| 1-10, ) | |
| ) | |
| Defendants, ) | |
| _____ ) | |

**ORDER REGARDING LIVELY V. WILD OATS MARKETS, INC.**

Earlier today, the Ninth Circuit issued a decision in Lively v. Wild Oats Markets, Inc., No. 04-56682, a copy of which is attached hereto. Lively held "that the forum defendant rule

is procedural, and therefore a violation of this rule is a waivable defect in the removal process that cannot form the basis for a district court's *sua sponte* remand order." Slip Op. at 8430. The parties should review the opinion in <u>Lively</u> and should make their own determinations as to whether it affects any issue in these consolidated cases.

        IT IS SO ORDERED.

        DATED: Honolulu, Hawaii, July 27, 2006.

/s/ Susan Oki Mollway
Susan Oki Mollway
United States District Judge

<u>In re Morning Star Cruises, et al.</u>, Civ. Nos. 03-00672 SOM/BMK and 04-00588 SOM/BMK; ORDER REGARDING <u>LIVELY V. WILD OATS MARKETS, INC.</u>