ORIGINAL

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JUL 2 1 2006

at ___3 o'clock and ___ min. ___ M
SUE BEITIA, CLERK

**CHEE & MARKHAM{PRIVATE }**
ATTORNEYS AT LAW

**GREGORY K. MARKHAM**        **(3453-0)**
**KEITH K. KATO**                **(5320-0)**
**DESIREE HIKIDA MOKUOHAI**    **(7793-0)**
1000 American Savings Bank Tower
1001 Bishop Street
Honolulu, Hawaii 96813
Telephone: (808) 523-0111
Facsimile: (808) 523-0115
Email: dmokuohai@cheemarkham.com

Attorneys for Limitation Plaintiffs

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| In the Matter ) | CV NO. 03-00672 SOM-BMK |
| ) | |
| of ) | |
| ) | |
| The Complaint of MORNING STAR ) | |
| CRUISES, INC., a Hawaii ) | |
| corporation. ) | |
| ) | CV NO. 04-00588 SOM-BMK |
| SHIROH FUKUOKA, ) | [CONSOLIDATED] |
| ) | |
| Plaintiff, ) | **LIMITATION PLAINTIFF'S** |
| ) | **CONCISE STATEMENT OF** |
| vs. ) | **FACTS FOR LIMITATION** |
| ) | **PLAINTIFF MORNING STAR** |
| MORNING STAR CRUISES, INC., ) | **CRUISES, INC.'S MOTION FOR** |
| ) | **SUMMARY JUDGMENT FILED** |
| Defendant. ) | **JULY 21, 2006; CERTIFICATE OF** |
| ) | **SERVICE** |
| ) | |
| ) | Hearing: August 21, 2007 |
| ) | Time: 11:15 a.m. |
| ) | |
| ) | |

)    Judge: Hon. Susan Oki Mollway
)
)    Trial:  February 21, 2007
)    Time:  9:00 a.m.
)    Judge:  Hon. Susan Oki Mollway
)
)
)
)
)
)

## CONCISE STATEMENT OF FACTS

COMES NOW, Defendant/Limitation Plaintiff MORNING STAR

CRUISES, INC. (hereinafter "Morning Star"), by and through its attorneys, the law

firm of Chee & Markham, and hereby submits its Concise Statement of Facts as to

which there are no genuine issues and which facts are essential for the Court's

determination of the issues presented in Limitation Plaintiff's Motion for Summary

Judgment filed July 21, 2006, pursuant to LR 56.1 of the Local Rules of Practice

for the United States District Court for the District of Hawaii.

1.    This incident arises out of an accident that occurred while

Plaintiffs/Limitation Defendants participated in an ocean activity, the "SeaWalker"

system, on August 14, 2002 in Kaneohe Bay, Hawaii (hereinafter the "incident").

See *Plaintiff/Limitation Defendant's Complaint filed September 8, 2003*, p.5 n. 9.

2.    Morning Star filed its Complaint For Exoneration From Or Limitation Of Liability on December 8, 2003, and First Amended Complaint on December 18, 2003, requesting relief under the Limitation of Liability Act, 46 U.S.C. § 181, *et seq*, and Rule F of the *Supplemental Rules for Certain Admiralty and Maritime Claims, Federal Rules of Civil Procedure*.

3.    This Court has admiralty jurisdiction over this Limitation Act Suit. See *Order Determining Existence of Admiralty Jurisdiction filed July 19, 2006*.

4.    On the date of the incident, Morning Star had procedures set out for operation, instruction, safety, first aid and emergency situations. See *Affidavit of Paul S. K. Yip* par. 3-4.

5.    On the date of the incident, Morning Star was not negligent in the injury of Mitsuko Fukuoka. See *Yip Aff*. par. 9.

6.    Prior to the incident of August 14, 2002, Morning Star had no privity or knowledge that the Vessel was in any way unseaworthy or that it was negligent. See *Yip Aff*. par. 6.

7.    In the event that Morning Star Cruises, Inc. is found liable for negligence, Morning Star Cruises had no knowledge or privity of the negligence or the Vessel's unseaworthiness. See *Yip Aff.* par. 6.

DATED: Honolulu, Hawaii, July 21, 2006.

**GREGORY K. MARKHAM**
**KEITH K. KATO**
**DESIREE HIKIDA MOKUOHAI**
Attorneys for /Defendant
Limitation Plaintiff
   MORNING STAR CRUISES, INC.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| In the Matter ) | CV NO. 03-00672 SOM-BMK |
| ) | |
| of ) | |
| ) | |
| The Complaint of MORNING STAR ) | |
| CRUISES, INC., a Hawaii ) | |
| Corporation. ) | |
| ) | |
| SHIROH FUKUOKA, ) | CV NO. 04-00588 SOM-BMK |
| ) | |
| Plaintiff, ) | [CONSOLIDATED] |
| ) | |
| vs. ) | |
| ) | |
| MORNING STAR CRUISES, INC., ) | **CERTIFICATE OF SERVICE;** |
| ) | |
| Defendant. ) | |
| ) | |
| ) | |
| ) | |
| ) | |
| ) | |
| ) | |

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a copy of the foregoing document was

duly served upon the below-identified party at their respective address by means of

hand-delivery on July 21, 2006.

**ROBERT D. KAWAMURA, ESQ.**
550 Halekauwila Street, Suite 106
Honolulu, Hawaii  96813

Attorney for Limitation Defendants


DATED: Honolulu, Hawaii, July 21, 2006.


**GREGORY K. MARKHAM**
**KEITH K. KATO**
**DESIREE HIKIDA MOKUOHAI**

Attorneys for /Defendant
Limitation Plaintiff
**MORNING STAR CRUISES, INC.**