

ORIGINAL          LODGED

**CHEE & MARKHAM**
Attorneys At Law

**GREGORY K. MARKHAM**    (3453-0)
**KEITH K. KATO**         (5320-0)
**DESIREE HIKIDA MOKUOHAI** (7793-0)
1000 American Savings Bank Tower
1001 Bishop Street
Honolulu, Hawaii  96813
Telephone: (808) 523-0111
Facsimile: (808)523-0115
Email: gmarkham@cheemarkham.com
       kkato@cheemarkham.com
       dmokuohai@cheemarkham.com

Attorneys for Defendant/Limitation Plaintiff
**MORNING STAR CRUISES, INC.**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| In the Matter of | ) CV. NO. 03-00672 SOM-BMK |
| | ) |
| The Complaint of MORNING STAR CRUISES, INC., a Hawaii corporation. | ) |
| | ) |
| SHIROH FUKUOKA, Individually and as Personal Representative of THE ESTATE OF MITSUKO FUKUOKA, and as Next Friend of MIHO FUKUOKA, a Minor, | ) CV. NO. 04-00588 SOM-BMK |
| | ) [CONSOLIDATED] |
| | ) |
| | ) LIMITATION PLAINTIFFS' EX |
| Plaintiffs, | ) PARTE MOTION FOR |
| | ) ENLARGEMENT OF TIME |
| | ) WITHIN WHICH CLAIMS MAY |
| vs. | ) BE FILED; AFFIDAVIT OF |
| | ) GREGORY K. MARKHAM; |
| MORNING STAR CRUISES, INC., a Hawaii corporation; JOHN DOES 1- | ) EXHIBIT "A"; CERTIFICATE OF |
| | ) SERVICE |

ORIGINAL

| | |
|---|---|
| 10, JANE DOES 1-10, DOE CORPORATIONS 1-10, DOE PARTNERSHIPS 1-10, DOE JOINT VENTURERS 1-10, DOE LIMITED LIABILITY ENTITES 1-10, DOE NON-PROFIT ENTITES, 1-10, DOE GOVERNMENTAL ENTITIES 1-10, DOE UNINCORPORATED ENTITIES 1-10, and OTHER DOE ENTITES 1-10,<br><br>      Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) )  Trial:  February 21, 2007<br>Time:  9:00 a.m.<br>Judge:  Hon. Susan Oki Mollway |

## LIMITATION PLAINTIFFS' EX PARTE MOTION FOR ENLARGEMENT OF TIME WITHIN WHICH CLAIMS MAY BE FILED

COMES NOW, Limitation Plaintiff above-named, by and through its attorneys, the Law Firm of CHEE & MARKHAM, and moves this court, <u>Ex Parte</u>, for an order granting an enlargement of time within which claims may be filed pursuant to the Order filed June 8, 2004, that notice issue against all persons claiming damages for or any loss, damage or injury incurred by reason of the incident on August 14, 2002. An extension is requested from July 12, 2004 to September 1, 2006 for which claims may be filed.

This Motion is made pursuant to Rule 6(b) of the Federal Rules of Civil Procedure, and is supported by the attached Affidavit of Gregory K. Markham and the records and files herein.

DATED: Honolulu, Hawaii, July 21, 2006.

　　　　　　　　　　　　　　　　　/s/ Gregory K. Markham
　　　　　　　　　　　　　　　　　**GREGORY K. MARKHAM**
　　　　　　　　　　　　　　　　　**KEITH K. KATO**
　　　　　　　　　　　　　　　　　**DESIREE HIKIDA MOKUOHAI**

　　　　　　　　　　　　　　　　　Attorneys for /Defendant
　　　　　　　　　　　　　　　　　Limitation Plaintiff
　　　　　　　　　　　　　　　　　**MORNING STAR CRUISES, INC.**

3