IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| In the Matter of | CV. NO. 03-00672 SOM-BMK |
| The Complaint of MORNING STAR CRUISES, INC., a Hawaii corporation. | |
| SHIROH FUKUOKA, Individually and as Personal Representative of THE ESTATE OF MITSUKO FUKUOKA, and as Next Friend of MIHO FUKUOKA, a Minor, | CV. NO. 04-00588 SOM-BMK  **[CONSOLIDATED]**  ORDER GRANTING LIMITATION PLAINTIFF'S EX PARTE MOTION FOR ENLARGEMENT OF TIME WITHIN WHICH CLAIMS MAY BE FILED |
| Plaintiffs, | |
| vs. | |
| MORNING STAR CRUISES, INC., a Hawaii corporation; JOHN DOES 1-10, JANE DOES 1-10, DOE CORPORATIONS 1-10, DOE PARTNERSHIPS 1-10, DOE JOINT VENTURERS 1-10, DOE LIMITED LIABILITY ENTITES 1-10, DOE NON-PROFIT ENTITES, 1-10, DOE GOVERNMENTAL ENTITIES 1-10, DOE UNINCORPORATED ENTITIES 1-10, and OTHER DOE ENTITES 1-10, | |
| Defendants. | |

ORDER GRANTING LIMITATION PLAINTIFF'S
EX PARTE MOTION FOR ENLARGEMENT OF
TIME WITHIN WHICH CLAIMS MAY BE FILED

Pursuant to Plaintiff's Ex Parte Motion for Enlargement of Time Within Which Claims May Be Filed and the Affidavit of Gregory K. Markham attached hereto, and good cause appearing therefor,

IT IS HEREBY ORDERED that Plaintiff's Ex Parte Motion for Enlargement of Time Within Which Claims May Be Filed is hereby granted from July 12, 2004 to September 1, 2006.

DATED: Honolulu, Hawaii, _July 24, 2006_

_____
Judge of the Above-Entitled Court