ORIGINAL

*dc SOM*

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

AUG 0 3 2006

at ___ o'clock and ___ min. ___ M
SUE BEITIA, CLERK

Of Counsel:
KAWAMURA LAW OFFICE
Attorneys At Law

ROBERT D. KAWAMURA 4537-0
107 Lawyers Building
550 Halekauwila Street
Honolulu, Hawaii  96813
Telephone: (808) 523-3777
Facsimile: (808) 523-3780
Email:   Honolaw@aol.com

Attorneys for Plaintiffs/Limitation Defendants
SHIROH FUKUOKA, Individually and
as Personal Representative of
THE ESTATE OF MITSUKO FUKUOKA, and
as Next Friend Of MIHO FUKUOKA, a Minor

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI'I

| | |
|---|---|
| In the Matter<br><br>Of<br><br>The Complaint of MORNING STAR CRUISES, INC., a Hawaii corporation.<br><br>────────────────────<br><br>SHIROH FUKUOKA,<br><br>          Plaintiff,<br><br>    vs.<br><br>MORNING STAR CRUISES, INC.,<br><br>          Defendant.<br><br>────────────────────| )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Civil No. CV03-00672SOM<br>(Non-Vehicle Tort)<br><br><br><br><br><br><br><br>Civil No. 04-00588 SOM-BMK<br>(Consolidated)<br><br>**LIMITATION DEFENDANTS'<br>MEMORANDUM IN OPPOSITION TO<br>MOTION TO DISMISS<br>PLAINTIFF'S CLAIMS AND FOR<br>ATTORNEY'S FEES AND COSTS<br>FILED JULY 12, 2006;**<br>DECLARATION OF ROBERT D.<br>KAWAMURA; CERTIFICATE OF<br>SERVICE<br><br>**Date:  August 22, 2006<br>Time:  9:00 a.m.<br>Judge: Susan Oki Mollway** |

**LIMITATION DEFENDANTS' MEMORANDUM IN OPPOSITION TO MOTION TO DISMISS PLAINTIFF'S CLAIMS AND FOR ATTORNEY'S FEES AND COSTS FILED JULY 12, 2006**

I.   Introduction

Limitation Plaintiff filed this motion on July 12, 2006, the same day in which Limitation Defendants provided their discovery responses and responsive documents to Limitation Plaintiff.  See Court Docket.   Moreover, it is Limitation Plaintiff that has failed to answer the discovery requests of Limitation Defendants.

Since receiving the responses on July 12, 2006, Limitation Plaintiff has not asked for additional responses, clarifications or for other information.  See Kawamura Declaration.

II.  Conclusion

Based on the foregoing, Limitation Defendants respectfully request that the Honorable court deny the instant motion.

Dated: Honolulu, Hawaii, _____August 3, 2006_____.

_____
Robert D. Kawamura

Attorney for Limitation
 Defendants
SHIROH FUKUOKA, Individually
and as Personal Representative
of THE ESTATE OF MITSUKO
FUKUOKA, and as Next Friend Of
MIHO FUKUOKA, a Minor