Of Counsel:
KAWAMURA LAW OFFICE
Attorneys At Law

ROBERT D. KAWAMURA 4537
107 Lawyers Building
550 Halekauwila Street
Honolulu, Hawaii    96813
Telephone: (808) 523-3777
Facsimile:   (808) 523-3780
Email:    Honolaw@aol.com

Attorneys for Plaintiffs/Limitation Defendants
SHIROH FUKUOKA, Individually and
as Personal Representative of
THE ESTATE OF MITSUKO FUKUOKA, and
as Next Friend Of MIHO FUKUOKA, a Minor

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI'I

| | |
|---|---|
| In the Matter<br><br>Of<br><br>The Complaint of MORNING STAR CRUISES, INC., a Hawaii corporation.<br>_____<br>SHIROH FUKUOKA,<br><br>          Plaintiff,<br><br>     Vs.<br><br>MORNING STAR CRUISES, INC.,<br><br>          Defendant.<br>_____ | Civil No. CV03-00672SOM<br>(Non-Vehicle Tort)<br><br><br><br><br><br><br>Civil No. 04-00588 SOM-BMK<br>(Consolidated)<br><br>**CERTIFICATE OF SERVICE** |

**CERTIFICATE OF SERVICE**

THE UNDERSIGNED HEREBY CERTIFIES THAT on the date below a copy of the foregoing was duly served upon the following party by way of hand delivery at the following address:

    Gregory K. Markham, Esq.
    Keith K. Kato, Esq.
    Desiree Hikida Mokuohai, Esq.
    CHEE & MARKHAM
    1000 American Savings Bank Tower
    1001 Bishop Street
    Honolulu, Hawaii  96813

    Attorneys for Limitation Plaintiff
    MORNING STAR CRUISES, INC.

Dated: Honolulu, Hawaii, August 3, 2006.

                                    /s/ Robert D. Kawamura
                                    Robert D. Kawamura

    Attorney for Plaintiffs/
    Limitation Defendants
    SHIROH FUKUOKA, Individually
    And as Personal
    Representative of THE ESTATE
    OF MITSUKO FUKUOKA, and
    as Next Friend Of MIHO
    FUKUOKA, a Minor