AUG 16 2002 FRI 07:32 PM HONOLULU MED.EXAMINER.        FAX NO. 808 524 8797        P. 09

AMBULANCE REPORT

Date: 8/14/02   Day: W   Unit No: 04   1035   D.O.: 36-0080

Last: FUKUOKA   First: MITSUKO

Address: 1 KIBUNE SHIZUOKA HAMAKATA-SHI JAPAN 99

Age: 43   Female   Birthdate: 020259

☒ EMERGENCY

Incident Location: Taken from water

Prior medical history: unobtainable
Medications Taken/Time: unobtainable
WT: 50 kg

Chief Complaint / Hx Physical Exam & Assessment:
On arrival found pt is ≈ 40 yo ♀, Japanese national - lying on litter in boat @ dock, c positive pressure respirator + ventalations by Dive Staff who states pt pulled from water unresponsive while ascending from ≈ 15 ft. of sea water while "scuba" type diving per staff - pt was then assisted to surface. Reason - when once breaking surface of H₂O, became unresponsive, not breathing c blood coming from nose/mouth - Rx c CPR + vental by staff. Pt awoke & remained unresponsive to verbal/motor commands - upon MICT arrival pt's noted c cyanosis to face/neck/lips + extremities - hypoxic c combative type AMS pt's gag reflex. CPT placed - prepared for O/G intubation.
Dextrostix: 115 mg/dL
Pupils: sluggish @ 3mm   Skin: cool, wet, cyanotic   Abdomen: unremarkable   Pelvis: intact, no trauma
Cyanosis, no visible trauma   Extremities: initially purposeful c cyanosis
HEAD: c cyanosis anterior neck   Chest/Lung Sounds: c/s/e rhonchi → @ lobes / = rise + fall c ETT

| Time | Resp/Rate | BP | Skin Signs/Capillary Refill | GCS | Eye Opening | | Motor |
|---|---|---|---|---|---|---|---|
| | 24/28/20-on vent | labored | delayed | 9/3 | 4/1 | 1/1 | 4/1 |
| 10:45 | 10:50 | 10:52 | 10:56 | 11:00 | | 11:02 | |
| pt awake, not responsive c pressure via automatic respirator by dive staff | extubated off T/04 onto airway - pt clenching - OPA removed - pt cyanotic + combative 3 gag reflex - OPA placed - | 240/110  150  24-28  pt c cyanosis to face/lips/neck IV #18g 1000cc NS @ ACC W.O. rate ECG ST @ 150 BPM | cont'd BVM ventalations HR 120's pt cont'd clenching intubation per protocols | versed 1.5 mg Succy 75 mg IVP - pt c lax mandible Oral ETT initiated x2 c cords BVM vents 1/2 mins | 7.5 ETT c cords visualized ↑ oropharynx suction - L/S = c/c rhon @ Lobes c = rise + full - good color ∆CO₂ |

Nature of Illness: DROWNING   CODE 570 → poss. embolism

Medical Communication: ☒ Yes
Phone/Radio No: [blank]

Hospital: QMC (CA)

Signed EMT/MICT: [signature] 1292
              [signature] 1746

Date: 8/14/02

EXHIBIT 4                                                EMERGENCY FACILITY

**AMBULANCE REPORT CONTINUATION FORM**

Date: 8/14/02   Day: WE   Unit No: 4 04

A.R. No. 86577
D.C. No. 360080

Contributory Hist. / Physical and Treatment

| 1105 | 1107 | 1110 | * 1111 |
|---|---|---|---|
| D5 TKO | 1 mg EPI | perfusing HR | comm'd c CA ER |
| ASYSTOLE | 1:10,000 IVP | c BP 130/60 | orders re: DR. HASAN |
| CPR INITIATED | 1 mg Atropine | HR 130 | to slow IV to TKO |
| c BVM | IVP | cont'd BVM | Ø other orders rec'd |
| VIA ETT | EKG A's | ventalations | BP 132/60 |
|  | int'd CPR | @ 10 bpm | HR 130's |
|  | BVM ventalations | EKG ST @ 130's | Cont'd BVM ventalations |

1117
BP 115/75
HR 130
EKG ST @ 130's
ET using type
ATMS c
PVC's multi
foc'l
cont'd suctioning
PK TROTHY
20

→ Cont'd BVM ventalations
reassessed L.S.
cont'd = Bilat c
coarse rhonchi

SUCTIONING PINK FROTHY SPUTUM T1120 via ETT

*** pt removed from boat placed on stretcher - OPA 'spit out by pt - clenching jaw - BVM ventalations initiated - PATI PROTOCOLS - 3cc versed / 3.5cc succ IVP difficult intubation - bloody H2O oropharynx - p suction V-Vac successful c 7.5 ETT INTUBATION - PT WENT INTO ASYSTOLE - CPR INITIATED - cont. BVM vent's thru out c 1st line DRUGS spontaneous pulse - perfusing returned c vitals as noted - pt remained sedated until 2-3 min OUT OF CASTLE - soft restraints placed to wrists bilat to prevent pt from grabbing @ tube. Pt c intermitten periods of "coughing" on tube - some spontaneous respir Ø other Δ's in pt's status remote - pt remained c eyes closed - unresponsive @ DISPOSITION

Place: C A
Signature of Attendant #1: Peter Stein 1716 8/14/02
Signature of Attendant #2: Jeanne Kameda 1746 8/14/02

older INCIDENT REPORTS   Printed   CARRELL   Printed On 10/16/02   Page Number 1

30/35

Police: K. OSMOND, c/o HPD
DOD: 081602
Class: Unattended Death
HPD #: 02-315747

| Thumb | Index | Middle | Ring | Little |
|---|---|---|---|---|
| Right | | | | |
| Left | | | | |

Printed By:   James ANNINO, M.E. Investigator

Date/Time:   081602   1930 hours

Location:   C&C Morgue

In Presence of: J. CULLEN   APT

IDENTIFICATION:

HDL #

A-

State I.D. #

HOW IDENTIFIED:

____ Positive ID thru fingerprint comparison

✔ ID thru other means - refer to investigator's report.

Signature   S. Siu
Date/Time   8-22-02/1330

IDENTIFIED AS:

Name: FUKUOKA, Mitsuko
Address: 1101-1 Kibune Shizuoka, Hamakaita-Shi, Japan
Race/Sex: Japanese Female
Age & DOB: 43
Social Security #:
Height: 5'3"   (63")
Weight: 130 lbs

ADDITIONAL INFORMATION:

Officer Masen Kuaiwa         8-14-02                    02-315747
c/o HPD                                                                     Unatttended DOA

Follow-up Report

Assignment

Assigned this case on 8-19-02, by Lieutenant William Kato for further investigation.

Victim

Mitsuko Fukuoka (F/43)
Shizuoka-Ken, Hamaki, Dashi, Kibune, 1101-1 Japan
Tourist
D.O.B. : ▬

Scene

46-509 Kamehameha Highway

Date/Time

8-14-02 / 1030 prior / Wed

Prounouncement

, 8-16-02, Friday

Investigation

Victim a tourist on an outing near Heeiwa Pier in Kaneohe Bay apparently drowned while on a Snuba dive. She was in hospital for two days before expiring. Autopsy will be fowarded upon receipt.

Disposition

Records only.....

Det. Larry Tamashiro
CID             HOMICIDE
9-5-02          0835

Approved by:

Cleared/Closed | Deferred
Arrest Exception Unfounded Outside