DEPARTMENT OF THE MEDICAL EXAMIN

# CITY AND COUNTY OF HONOLULU

835 IWILEI ROAD • HONOLULU, HAWAII 96817
TELEPHONE: (808) 527-6777 • FAX: (808) 524-8797 • INTERNET: www.co.honolulu.hi.us

JEREMY HARRIS
MAYOR



KANTHI VON GUENTHNER, M.D.
CHIEF MEDICAL EXAMINER

WILLIAM W. GOODHUE, JR., M.D.
FIRST DEPUTY MEDICAL EXAMINER

GAYLE F. SUZUKI, M.D.
DEPUTY MEDICAL EXAMINER

April 12, 2004

## DOCUMENT CHECKLIST

RE:  Fukuoka, Mitsuko          M.E. #  02-1079*

To obtain documents listed below concerning the above subject matter, a written request either with subpoena or the signature of the Administrative Representative of the Estate is required. If you request without a subpoena, we will forward your request to the Corporation Counsel for final disposition. Following Corporation Counsel's approval, please indicate below the items you wish to obtain and follow the attached instruction sheet.

| Item | Avail Yes | No | # of Items | Requesting Items Yes | No |
|------|-----------|-----|-----------|---------------------|-----|
| 35 mm slides | ☐ | ☒ | _____ | ☐ | ☐ |
| Polaroids | ☐ | ☒ | _____ | ☐ | ☐ |
| Micro slides | ☒ | ☐ | 15 | ☐ | ☐ |
| Tissues | ☐ | ☒ | _____ | ☐ | ☐ |
| X-rays | ☐ | ☒ | _____ | ☐ | ☐ |
| Digital photographs | ☒ | ☐ | 8 | ☐ | ☐ |
| Other: _____ | | | | | |
| _____ | ☐ | ☐ | _____ | ☐ | ☐ |

Requesting items as checked above:

_____

Signature of Requestor & Date

EXHIBIT  6

## PROCEDURES FOR OBTAINING DUPLICATE DOCUMENTS

### 35mm Slides and Polaroids

Make arrangements with a photo shop of your choice to have these duplicated. Call our office (527-6777) and let us know who will be duplicating the slides/polaroids. We will take our originals to the photo shop and pick them up when completed. **YOU WILL BE RESPONSIBLE FOR PICKING UP AND PAYING FOR THE DUPLICATE COPIES.**

### Digital Photographs

Digital photographs can be forwarded to you on a CDROM disk, at a cost of $5.00 per disk. Hard copy prints of the images (printed on laser color copy paper – not photographic paper) can be requested at a cost of $5.00 per page. Images will be printed two 4" x 6" images per 8-1/2" x 11" page, one sided only.

### Micro Slides

There is an advanced fee of $10.00 per slide. As soon as payment is received, we will make the duplicate copies and call you when they are ready for pick up. Slides may require up to 2 weeks to prepare depending on the complexity of the case.

### Tissues

Available to the next-of-kin by receipt of a letter except in criminal cases in which case a subpoena is required. When the case has been adjudicated, a subpoena will no longer be necessary. All other persons requesting tissue specimens must do so by means of a subpoena.

Release and preparation of tissue must be done by or under the supervision of the pathologist who performed the autopsy. The Medical Examiner's lab will prepare, embed in paraffin wax, and cut and mount sections on slides. The slides will be available as stained or unstained specimens. There will be an additional $5.00 fee per slide for this additional preparation (total charge per slide - $15.00).

### X-rays

Make arrangements with a radiological facility/hospital of your choice to have these duplicated. Call our office and let us know who will be duplicating the x-rays. We will take our originals to the facility/hospital and pick them up when completed. **YOU WILL BE RESPONSIBLE FOR PICKING UP AND PAYING FOR THE DUPLICATE COPIES.**


**APPLICABLE FEES ARE PAYABLE TO THE DEPARTMENT OF THE MEDICAL EXAMINER, 835 Iwilei Road, Honolulu, Hawaii 96817.**

CITY AND COUNTY OF HONOLULU
**DEPARTMENT OF THE MEDICAL EXAMINER**

## INVESTIGATION OF DEATH

**Date:** 08/16/2002

**Case No.** 02-1079*

**Name of Deceased:** FUKUOKA, Mitsuko

**Address:** 1101-1 Kibune Shizuoka, Hamakaita-Shi, Japan

**Age:** 43  **Sex:** F    **Race:** Japanese

**Marital Status:** Married

**Birthdate:** 02/02/1959 **Birthplace:** Japan

**Ht:** 63    **Wt:** 130

**Occupation:**

**SSN:**

**Next of Kin:** FUKUOKA, Shiroh

**Relationship:** Husband

**Address:** Same address

**Telephone:** 053-585-0517

**Pronounced dead by:** Dr James PEARCE

**Time:** 17:11 hrs.  **Date:** 08/16/2002

**Place of death:** CCU, Castle Medical Center, Kailua, HI

**Incident at work:** No

**Place of incident:** Heeia Kea Boat Harbor, 46-509
        Kamehameha Highway, Kaneohe, Hawaii 96744

**Time:** 10:35 hrs.  **Date:** 08/14/2002

**Notified by:** Stan @ CMC-CCU

**Time:** 17:40 hrs.  **Date:** 08/16/2002

**Arrival at scene:**

**Time:** 18:10 hrs.  **Date:** 08/16/2002

**Visual ID by:** FUKUOKA, Shiroh

**Time:** 18:30 hrs.  **Date:** 08/16/2002

**Relationship:** Husband

**Telephone:** 053-585-0517

**Address:** Same address

**Witnessed by:** James ANNINO    MEI

**Other ID by:** Prints on file

**Time:**      hrs.  **Date:**    / /

**Removal from scene:**

**Time:** 18:45 hrs.  **Date:** 08/16/2002

**Attendants:** J. CULLEN    APT

**Arrival at C&C Morgue:**

**Time:** 19:10 hrs.  **Date:** 08/16/2002

**Police Investigators:** K. OSMOND    HPD-02-315747n

**Personal property taken:** No

*James R. Annino*
James R. ANNINO
-------------------------------------------
Medical Examiner's Investigator

HON MEDICAL EXAMINER OF MITSUKO FUKUOKA

INVESTIGATION OF DEATH                          CASE NUMBER 02-1079*
RE: FUKUOKA, Mitsuko                            Possible Drowning
Page 1

<u>SYNOPSIS</u>:

The decedent, a tourist from Japan, was taking part in an underwater adventure, where participants are outfitted with a round plastic helmet that fits over the head and shoulders and is attached to an air hose that feeds air from the boat. There are six participants to two instructor/guides and they dive from 12 to 15 feet and then walk along the ocean floor. On 08-14-02 the decedent was walking along the ocean floor when she began trying to climb the ladder to the boat. One of the instructors noticed she was having trouble and went to help her. When they got her to the surface she was unresponsive. CPR was initiated and the decedent coughed up some type of bloody material. She was then transferred to Castle Medical Center where she was admitted to the CCU. She remained in that unit until her expiration on 08-16-02.

<u>POSITION OF DECEDENT</u>:

When first observed by this writer the decedent was supine on a hospital bed with her head in the south direction. She was intubated at the oral cavity and was covered with a white sheet from the neck to the feet. Removal of this sheet revealed the remains of an adult female who was attired in a blue print hospital gown. An external, visual examination of the remains revealed IV needles in the right and left inner elbow regions and a Foley Catheter in place.

<u>SCENE</u>:

The scene of death was Room 5, CCU, Castle Medical Center, Kailua, Hawaii.

The incident scene was Heeia Kea Boat Harbor, 46-509 Kamehameha Highway, Kaneohe, Hawaii.

<u>SCENE VISITED</u>:

The incident scene was not visited.

<u>WITNESSES INTERVIEWED</u>:

FUKUOKA, Shiroh
Husband of the decedent

FUKUOAKA was interviewed in the CCU of Castle Medical Center on or about 1830 hours 08/16/02.

FUKUOKA related that the decedent had no known medical history, was not consulting a physician for any reason, and was not on any prescribed medications.

INVESTIGATION OF DEATH
RE: FUKUOKA, Mitsuko
Page 2

CASE NUMBER 02-1079*
Possible Drowning

FUKUOKA also related that the decedent was a very good swimmer and that on the day of the incident she was not complaining of any pain or illness.

> MORISHIGE, Hideo
> Representative
> Morning Star Cruises
> DBA/Kaneohe Bay Ocean Sports
> 239-8886

MORISHIGE related that the dive boat that the decedent was on had two instructors per every six students. The dive consisted of students and instructors putting on a clear plastic, round helmet that covered the head and went to the shoulder area. An air line runs from the boat to the helmet and provides a continuous air supply to the helmet. The students and instructors dive to depths of twelve to fifteen feet. On the day of the incident the decedent was at a depth of about fifteen feet when one of the instructors saw the decedent in some kind of trouble she was trying to reach the underwater ladder from the boat but was having difficulty in walking toward it. The instructor went to her aid and assisted her to the ladder. The decedent was unable to climb the ladder and the instructor pulled her to the surface. She was taken aboard the boat where she was found to be unresponsive and CPR was initiated aboard the boat.

WEAPONS USED:

    None

INFORMATION FROM LAW ENFORCEMENT PERSONNEL:

    None

MEDICATIONS:

    None

PROPERTY RECOVERED:

    None

RECHECK AT MORGUE:

    An external, visual reexamination of the remains was made after admission to the City & County of Honolulu, Medical Examiner Facility at 1910 hours 08-16-02. It was noted that the remains were those of an adult female was cool to the touch and whose limbs were flaccid.

INVESTIGATION OF DEATH                          CASE NUMBER 02-1079*
RE: FUKUOKA, Mitsuko                            Possible Drowning
Page 3

INJURIES:

        None visible

SURGICAL INCISIONS:

        None

OLD SCARS:

        Old scars were noted on the right knee and right upper shin
and in the left knee area.

TATTOOS OR OTHER MARKS ON BODY:

        None

CLOTHING:

        None

NOTIFICATION OF NEXT OF KIN:

        FUKUOKA, Shiroh
        Husband of the decedent

FUKUOKA was present at the hospital and was aware of the death of
his wife. He was advised of the procedures for the disposition of
the remains on 08-16-02.

ORGAN/TISSUE DONATION:

        None

NOTES:

        None


                              JAMES R. ANNINO
                              INVESTIGATOR - MED
                              2130 hours 20 August 2002

DEPARTMENT OF THE MEDICAL EXAMINER
## CITY AND COUNTY OF HONOLULU

835 IWILEI ROAD • HONOLULU, HAWAII 96817
TELEPHONE: (808) 527-6777 • FAX: (808) 524-8797 • INTERNET: www.co.honolulu.hi.us



JEREMY HARRIS
· MAYOR

KANTHI VON GUENTHNER, M.D.
CHIEF MEDICAL EXAMINER

WILLIAM W. GOODHUE, JR., M.D.
FIRST DEPUTY MEDICAL EXAMINER

Gayle F. Suzuki, M.D.
DEPUTY MEDICAL EXAMINER

## AUTOPSY REPORT
## Case No. 02-1079

**RE:** FUKUOKA, Mitsuko

**DATE OF DEATH:** August 16, 2002

**DATE, TIME, AND PLACE OF EXAMINATION:** August 19, 2002
10:24 hrs.
C & C Medical Examiner

**BRIEF HISTORY:**

The decedent is a 43-year-old Japanese national, a tourist from Japan, reportedly with no known medical history, who was not consulting a physician for any reason, not on any prescribed medications, had not complained of any pain or illness, and was a very good swimmer. She was participating in underwater diving consisting of walking along the ocean floor at a depth of 12-15 feet outfitted with a round plastic helmet fitting over her head and resting on her shoulders and attached to an air hose feeding compressed air from a barge. She signaled distress to an instructor/guide, then became unresponsive while being assisted in climbing the ladder to the barge. Resuscitation was initiated on site and continued in the emergency room of Castle Medical Center where she was admitted to the critical care unit. She died on the third hospital day despite therapy and was pronounced.

**FINDINGS:**

1. Diffuse severe occlusive coronary atherosclerosis.

2. Recent acute myocardial ischemic changes.

3. Increased myocardial interstitial and perivascular fibrosis.

4. Cardiomegaly, 450 grams, with left ventricular hypertrophy, 2.0 cm.

**FUKUOKA, Mitsuko**
**Case No. 02-1079**
**Page 2**

5. Pulmonary edema with hyaline membranes evidencing diffuse alveolar damage.

6. Early acute bronchopneumonia.

7. Early anoxic encephalomyelopathy.

8. Cerebral edema with cerebellar tonsillar herniation.

9. No demonstrable evidence of pneumothorax or air embolism.

10. Anthracotic pigmentation in pulmonary lymphatic channels.

11. Mild emphysema.

12. Fatty liver, mild.

13. Leiomyomata uteri.

CONCLUSION:

Based on these autopsy findings and the investigative and historical information available to me, in my opinion, this 43-year-old woman died as a result of asphyxia due to drowning as a consequence of a diving accident. Her heart enlargement, diffuse severe coronary artery narrowing by lipids, areas of acute heart cell necrosis due to compromised blood supply, and areas of heart scarring reflecting patchy death of heart muscle due to chronically inadequate coronary blood supply all indicate that a cardiac event, most likely an arrhythmia, contributed to her drowning by causing her to lose consciousness, then to aspirate water from the air-water interface at the base of her diving helmet. She might have begun experiencing the irregular heart beats at the time she first signaled distress. Although her medical history is reported negative, the pattern of her heart enlargement suggests the presence of untreated, perhaps undiagnosed high blood pressure, which in itself and certainly in any combination with any of the above, would be a risk factor as well for cardiac arrhythmia. There was no evidence of air embolism but the depth of the dive would not appear to make air embolism likely. The finding of anthracotic pigmentation in her lungs, possibly from smoking or otherwise inhaling carbonaceous material, and mild emphysema suggests there may have been some decreased lung capacity as well, although this may have been subclinical. Other findings are by and large secondary to those described above.

IMMEDIATE CAUSE OF DEATH: a) Asphyxia by drowning, 994.1.

FUKUOKA, Mitsuko

**Case No. 02-1079**
**Page 3**

Due to: b) Accidental drowning & submersion while engaged in sport or recreational activity w/ diving equipment, E910.1.

**CONTRIBUTING CAUSE OF DEATH:** a) Ischemic heart disease, 414.9.

b) Cardiomegaly, 429.3.

**MANNER OF DEATH:** The manner of death is, in my opinion, accidental.

**COMPLETION DATE OF DEATH CERTIFICATE:** August 19, 2002

WILLIAM W. GOODHUE, JR., M.D.
FIRST DEPUTY MEDICAL EXAMINER
September 6, 2002

**FUKUOKA, Mitsuko**

**Case No. 02-1079**
**Page 4**

## AUTOPSY PROTOCOL
### Department of the Medical Examiner
### City and County of Honolulu

This autopsy is performed by Dr. William W. Goodhue, Jr. with the assistance of Mr. Chris Paul.

**EXTERNAL EXAMINATION:** The body is identified by a tag on the right great toe and hospital identification bands on the right wrist and left forearm. It is completely disrobed when first seen and is unaccompanied by items of clothing. The body is that of a well-nourished, well-developed Japanese female of average build that appears compatible with the listed age of 43 years. The length is 63 inches and the weight is 130 pounds. It is well preserved and embalming has not been done.

Rigor: Well developed in masseter muscles and in the extremities.

Lividity: Present on posterior dependent parts.

Temperature: That of the refrigeration unit.

Skin: Unremarkable except as described elsewhere.

Hair: Straight, long, black, measuring 20 cm at the vertex.

Scalp: Unremarkable.

Ears/Nose: Unremarkable.

Eyes: Appear somewhat protuberant. There are no conjunctival petechiae or is conjunctival injection evident.

Mouth/Lips: Lips are pale. Maxillary, mandibular, and lingual frenulums are intact.

Teeth: In adequate repair. A mandibular incisor is absent, possibly artifactually related to resuscitative intubation procedures.

Face/Neck: Unremarkable except as described elsewhere.

Chest/Breasts: Unremarkable.

Arms/Hands/Fingernails/Legs/Feet/Toenails: Nail beds are pale. Otherwise, unremarkable.

Abdomen: Slightly scaphoid.

FUKUOKA, Mitsuko

Back/Anus:  Unremarkable.

External Genitalia:  Normal adult female.

**IDENTIFYING MARKS** (Scars, Tattoos, Other):

Scars:

1. Scars, multiple, variably sized, anterior left patella, ranging from 0.5 to 5 cm in greatest dimension, in an aggregate area 5 x 5 cm.

2. Scars, multiple, anterior left lower leg, ranging in size from 0.5 to 1 cm, in an aggregate area approximating 13 x 5 cm.

3. Scars, multiple, right lower leg, ranging in size from 0.5 to 3 cm, in an aggregate area approximating 19 x 8 cm.

4. Scars, multiple, anterior right patella, ranging in size from 0.5 to 2 cm, in an aggregate area approximating 7 x 5 cm.

5. Punctate depigmented scars, right inframaxillary, having dimensions up to 0.2 cm in cross dimension, in an aggregate area 2 x 1 cm.

Tattoos:  None identified

**NEEDLE TRACKS/PUNCTURE WOUNDS:**  None identified.

**MEDICATIONS WITH BODY:**  None.

**EVIDENCE OF TREATMENT:**

1. Nasogastric tube

2. Endotracheal tube

3. Vascular access sites, right jugular area, left antecubital fossa, left wrist, right antecubital fossa, right forearm, right wrist

**EVIDENCE OF INJURY:**  None.

**INTERNAL EXAMINATION:**

Head/Central Nervous System:  Reflection of the scalp shows the usual scattered reflection petechiae.  The calvarium is intact.  Removal of the calvarium shows the epidural space to be normal.  No collections of subdural blood are present.  The brain

FUKUOKA, Mitsuko                                    Case No. 02-1079
                                                   Page 6

is removed in the usual manner and weighs 1,560 grams.  The
leptomeninges are smooth and glistening.  Convexities of the
cerebrum and cerebellum are symmetrical.  The gyri are diffusely
widened and the sulci are diffusely thinned.  The brain
subjectively appears diffusely softened.  There is notching
bilaterally of the cerebellar tonsils.  The vessels at the base
of the brain are normally located and no anomalies or significant
atherosclerosis is identified.  Serial sections of the brain show
the cerebral cortical ribbon to be intact.  The lateral
ventricles are normal.  Sections show bilateral duskiness of the
basal ganglia with punctate prominence of vascularity.  The usual
anatomical landmarks of the cerebrum, midbrain, cerebellum, pons
and medulla demonstrate no abnormalities.  Removal of the dura
from the base of the skull shows the usual anatomical features
without abnormalities.  The pituitary fossa is unremarkable.  The
foramen magnum demonstrates the normal orientation and the first
portion of the spinal cord viewed through the foramen magnum is
unremarkable.  The spinal cord is removed from the low cervical
through the high sacral areas by an anterior approach and
subjectively shows patchy softening.  There is no epidural,
subdural, subarachnoid, or intraparenchymal hemorrhage involving
the spinal cord.

    Neck Organs:  Examination of the soft tissues, cartilaginous
and bony structures of the neck demonstrates no abnormalities
with the usual anatomical relationships preserved.  Dissection of
neck musculature shows no evidence of soft tissue hemorrhages or
fractures of bony or cartilaginous structures.

    Body Cavities:  Pneumothorax is not demonstrable by
inserting a fluid-filled syringe into both pleural cavities prior
to opening the body.  The body cavities are opened in the usual
manner.  The pleural and peritoneal surfaces are smooth and
glistening and the pericardium is unremarkable.  The mediastinum
and retroperitoneum show the usual anatomical features.  The
leaves of the diaphragm are intact and the organs are
anatomically located.  There is no internal evidence of injury
within the thoracic or abdominal cavities.

    Cardiovascular System:  The heart weighs 450 grams.  Air
embolism is not identifiable by inserting a fluid-filled syringe
into chambers of the heart immediately after reflecting the
pericardium and prior to incising the heart and great vessels.
Examination of the epicardium shows it to be intact.  The
chambers demonstrate the usual shape.  The right and left
ventricular wall thicknesses respectively measure 2 and 0.3 cm.
The interventricular septum at the same level measures 2 cm in
thickness.  The coronary arteries are normally configured but
have lumina which are multifocally and diffusely severely
narrowed over 75% by lipid deposits.  Although this process is
diffuse, the left coronary artery distribution is more affected

FUKUOKA, Mitsuko                                    Case No. 02-1079
                                                    Page 7

than is that of the right.  Cut surfaces of the myocardium show a
normal color.  The valves are intact with the usual anatomical
relationships.  The aorta follows the usual course and exhibits
mild atherosclerosis in the form of yellow streaking, principally
in its abdominal portion.  The origins of the major vessels are
normally located and unremarkable.  The great vessels of the
venous return are in the usual position and unremarkable.

   Respiratory System:  The larynx, trachea and bronchi have
lumina containing abundant finely frothy, foamy material.  The
right and left lungs weigh 1,000 and 870 grams, respectively, and
appear diffusely and firmly distended with prominence of
subpleural lymphatic channels.  Cut surfaces show diffusely
dusky, red rubbery parenchyma with finely frothy fluid exuding
spontaneously and more prominently under pressure from all
portions of both lungs.  The pulmonary vessels occupy the usual
relationships without evidence of emboli.

   Hepatobiliary System:  The liver weighs 1,500 grams and has
a smooth, glistening surface.  Cut surfaces show the usual
anatomical landmarks with a deep red parenchyma.  The gallbladder
contains approximately 40 cc of bile and no abnormalities are
present in the mucosal lining.  The biliary tree is normally
located and no abnormalities are demonstrated.

   Lymphoreticular System:  The spleen weighs 120 grams and has
a smooth, glistening capsule and an unremarkable parenchyma.  The
thymus is unremarkable for age.  The lymph nodes show no notable
pathological change.

   Urinary System:  The right and left kidneys weigh 230 and
250 grams, respectively.  The cortical surfaces are smooth and
glistening with good preservation of the cortex and good cortico-
medullary differentiation.  The pelves and ureters are
unremarkable.  The bladder is unremarkable and contains 40 cc of
straw-colored urine.

   Internal Genitalia:  Examination of the vaginal vault
internally shows the usual rugal pattern without abnormalities.
The uterus occupies the usual position and is of a normal size.
Subserosal uterine leiomyomas are identified.  The endometrium is
unremarkable.  The adnexa lie in the usual position with normal
gross anatomical features.

   Gastrointestinal Tract:  The pharynx and esophagus are
unremarkable.  The stomach lies in a normal position and contains
50 cc of somewhat flocculent-appearing watery material amidst
which no pills, tablets, or other medicaments can be identified.
The mucosal lining of the stomach is intact.  The small bowel and
large bowel are unremarkable.  The appendix is present.

FUKUOKA, Mitsuko

Case No. 02-1079
Page 8

Endocrine System:  The pituitary, thyroid, adrenals and pancreas show the usual anatomical features without evidence of natural disease or injury.

Musculoskeletal System:  No fractures are identified and the skeletal muscle demonstrates the normal appearance.  The bone marrow where visualized is unremarkable.

Miscellaneous:  The abdominal fat measures approximately 5 cm in thickness without abnormalities.  No hernias are identified.

TOXICOLOGY:  See attached report of Medical Examiner Laboratory.

MICROSCOPIC:

Coronary arteries:

Severe occlusive coronary atherosclerosis

Heart:      Myocyte hypertrophy

Patchy increase in myocardial interstitial and perivascular fibrosis

Severe obliterative fibrous scarring in papillary muscles of the mitral valve with myocardial contraction band necrosis in papillary of mitral valve evidencing recent ischemic myocardial injury

Lungs:      Anthracotic pigmentation in peribronchial lymph nodes

Presence of germinal centers in focal peribronchial lymph node follicles

Acute congestion with patchy fresh confluent intra-alveolar hemorrhage

Presence of intra-alveolar histiocytes

Pulmonary edema

Ectasia of pulmonary lymphatic channels

Patchy presence of hyaline membranes

Early acute bronchopneumonia

FUKUOKA, Mitsuko

Case No. 02-1079
Page 10

Spinal cord:    Segmental anoxic myelopathy including
vascular congestion, patchy intraparenchymal
hemorrhages, neuronal dropout, and patchy
necrosis of the neuropil

\*\*\*\*\*\*\*\*

CITY AND COUNTY OF HONOLULU
DEPARTMENT OF THE MEDICAL EXAMINER

LABORATORY REPORT FORM

Name of Deceased: FUKUOKA, Mitsuko
Requested by: WILLIAM W. GOODHUE, JR., M.D.                      Case no: 02-1079*

SPECIMENS
[X] BLOOD         [X] VITREOUS  [X] BILE      [X] HOLD
[X] URINE         [ ] GASTRIC   [X] ORGANS    [X] NaF
                  [ ] SAVE      [ ] DISCARD   [ ] OTHER:

TESTS REQUESTED/RESULTS

ALCOHOL CONTENT
[X] WHOLE BLOOD:  .000 %
[ ] VITREOUS:           %
[ ] URINE:              %

ACID PHOSPHATASE (QUAL.)           ACID PHOSPHATASE (QUANT.)
[ ] VAGINAL:                       [ ] VAGINAL:              U/L
[ ] ANAL:                          [ ] ANAL:                 U/L
[ ] ORAL:                          [ ] ORAL:                 U/L

BLOOD TYPE
[ ] RH:

CARBON MONOXIDE
[ ] % SATURATED

CHLORIDE
[ ] LEFT HEART:   MEQ/L
[ ] RIGHT HEART:  MEQ/L

CULTURE
[ ] SENT TO STATE BOARD ON:   /   /

SPERMATOZOA
[ ] VAGINAL:
[ ] ANAL:
[ ] ORAL:

[X] TOXICOLOGY SCREEN              [ ] TOXICOLOGY QUANTITATIVE
[X] HISTOLOGY: 15                  SENT TO:
[X] SPECIAL:  5                    DATE:   /   /

Karen A. Roeller
Technologist
08/26/2002

FUKUOKA, Mitsuko                                    Case No. 02-1079
                                                    Page 2


TOXICOLOGY SCREEN:
            BLOOD, URINE(0.5 ML):
                BLOOD:  PROBABLE ACETAMINOPHEN

STATE OF HAWAII
**DEPARTMENT OF HEALTH**
**Office of Health Status Monitoring**
P.O. Box 3378
Honolulu, Hawaii

**AUGUST 30, 2002**

Certificate No.

**RECEIVED**
~~SEP — 2002~~
**RECORD**

**WILLIAM W. GOODHUE, JR., M.D.**
**OFFICE OF THE MEDICAL EXAMINER**
**835 IWILEI ROAD**
**HONOLULU, HI 96817**

Dear Doctor:

Time  9.30 a.  M

MEDICAL EXAMINER

The death certificate for     **MITSUKO     FUKUOKA**     By _____ is not complete.

who died on     **AUGUST 16, 2002**     at     **CASTLE MEDICAL CENTER**

PART I.  DEATH WAS CAUSED BY:     [ENTER ONLY ONE CAUSE PER LINE (a), (b), AND (c)]     | APPROXIMATE INTERVAL BETWEEN ONSET AND DEATH

25. CONDITIONS, IF ANY, WHICH GAVE RISE TO IMMEDIATE CAUSE (a), STATING THE UNDER-LYING CAUSE LAST

IMMEDIATE CAUSE
(a)  **ASPHYXIA**

DUE TO OR AS A CONSEQUENCE OF:
(b)  **DROWNING**

DUE TO OR AS A CONSEQUENCE OF:
(c)  **DIVING ACCIDENT**

PART II.  OTHER SIGNIFICANT CONDITIONS: CONDITIONS CONTRIBUTING TO DEATH BUT NOT RELATED TO CAUSE GIVEN IN PART I(a)

Ischemic heart disease
Cardiomegaly

26a. AUTOPSY (YES OR NO)
**YES**

26b. IF YES, WERE FINDINGS CONSIDERED IN DETERMINING CAUSE OF DEATH? **YES**

| 27a. ACCIDENT, SUICIDE, HOMICIDE, OR UNDETERMINED (SPECIFY) | 27b. DATE OF INJURY (MONTH, DAY, YEAR) | 27c. HOUR | 27d. DESCRIBE HOW INJURY OCCURRED |
|---|---|---|---|
| **ACCIDENT** | **AUGUST 14, 2002** | **10:35AM** | **THE DECEDENT BECAME UNRESPONSIVE WHILE UNDERWATER WITH DIVING EQUIPMENT.** |
| 27e. INJURY AT WORK (SPECIFY YES OR NO) **NO** | 27f. PLACE OF INJURY AT HOME, FARM, STREET, FACTORY, OFFICE BLDG., ETC. (SPECIFY) **OCEAN** | | |

27g. LOCATION (STREET OR R.F.D. NO., CITY OR TOWN, STATE)
**HEEIA KEA BOAT HARBOR, 46-509 KAMEHAMEHA HIGHWAY, KANEOHE, HAWAII**

**Per phone call of August 27, 2002, you wish to change the entry in item #25. – Part II.**

**Please re-certify item checked in red above.**

DATE SIGNED  ✓ 9-6-02 _____     SIGNATURE _____ M.D.
*A prompt reply will be appreciated.   You may use the enclosed envelope.*

Note:
Please call 586-4540
if there are any questions.

Very truly yours,

*Alvin T. Onaka*

~~Deputy~~ State Registrar

STATE OF HAWAII
DEPARTMENT OF HEALTH
OFFICE OF HEALTH STATUS MONITORING

# CERTIFICATE OF DEATH

STATE
FILE NO. 151

TYPE ALL ENTRIES.
USE BLACK INK
FOR SIGNATURES.

**DECEASED**

NAME: Fukuoka, Mitsuko

DATE OF DEATH
Aug. 16, 2002
5:11 p.m. HOUR OF DEATH

1 DECEASED — FIRST NAME | MIDDLE NAME | LAST NAME | 2. SEX | 3. DATE OF DEATH (MONTH, DAY, YEAR) August 16, 2002

4a. RACE | 4b. IS PERSON OF SPANISH ORIGIN? | 5a. AGE—LAST BIRTHDAY (Years) | 5b. UNDER 1 YR MOS / DAYS | 5c. UNDER 1 DAY HOURS / MIN | 6. DATE OF BIRTH (MONTH, DAY, YEAR) | 7a. COUNTY OF DEATH

7a. ISLAND OF DEATH | 7b. CITY, TOWN OR LOCATION OF DEATH | 7c. HOSPITAL OR OTHER INSTITUTION NAME (IF NOT EITHER, GIVE STREET AND NUMBER) | 7d. IF HOSP OR INST INDICATE DOA, OPER/ER INP, INPATIENT (SPECIFY)

8. STATE OF BIRTH (IF NOT IN U.S.A., NAME COUNTRY) | 9. CITIZEN OF WHAT COUNTRY | 10. MARRIED, NEVER MARRIED, WIDOWED, DIVORCED (SPECIFY) | 11. SURVIVING SPOUSE (IF WIFE, GIVE MAIDEN NAME) | 12. WAS DECEDENT EVER IN U.S. ARMED FORCES? (Specify Yes or No) | 12a. EDUCATION (Specify highest grade completed)

13. SOCIAL SECURITY NUMBER | 14a. USUAL OCCUPATION (Give kind of work done during most of working life, even if retired) | 14b. KIND OF BUSINESS OR INDUSTRY

15a. RESIDENCE STATE | 15b. COUNTY | 15c. CITY, TOWN OR LOCATION | 15d. INSIDE CITY LIMITS (SPECIFY YES OR NO) | 15e. NUMBER, STREET AND ZIP

**PARENTS**

16 FATHER — FIRST NAME | MIDDLE NAME | LAST NAME | 17. MOTHER — FIRST NAME | MIDDLE NAME | MAIDEN NAME

18 INFORMANT — NAME | 18a. MAILING ADDRESS (STREET OR R.F.D. NO, CITY OR TOWN, STATE, ZIP)

**DISPOSITION**

19a. BURIAL, CREMATION, REMOVAL (SPECIFY) | 19b. CEMETERY OR CREMATORY—NAME | 19c. LOCATION | CITY OR TOWN | STATE

19d. DATE (MONTH, DAY, YEAR) | 19e. PERMIT NUMBER | 20a. FUNERAL HOME—NAME | 20b. FUNERAL DIRECTOR- SIGNATURE

**CERTIFIER**

LICENSE NO

To be completed by
CERTIFYING PHYSICIAN
ONLY
(Certifying Physician)

21a. To the best of my knowledge, death occurred at the time, date and place and due to the cause(s) and circumstances stated and described below (Items #21b through #21j where applicable)
(Signature and Title) ▶ [signature]

21b. DATE SIGNED (MO, DAY, YR) August 19, 2002 | 21c. TIME OF DEATH 5:11 p m | 21d. PRONOUNCED DEAD (TIME)

21d. DATE SIGNED (MO, DAY, YR) | 21e. TIME OF DEATH | 21f. PRONOUNCED DEAD (MO, DAY, YR) August 16, 2002 | at 5:11 p m

To be completed by
MEDICAL EXAMINER OR
CORONER'S PHYSICIAN
ONLY

22a. On the basis of examination and/or investigation, in my opinion death occurred at the time, date and place and due to the cause(s) and circumstances stated and described below (Items #22b through #22j where applicable)
(Signature and Title) ▶

22b. DATE SIGNED (MO, DAY, YR) | 22c. TIME OF DEATH | 22d. PRONOUNCED DEAD (MO, DAY, YR) | at | on

23. NAME AND ADDRESS OF CERTIFIER (PHYSICIAN, MEDICAL EXAMINER OR CORONER) (TYPE OR PRINT)
William W. Goodhue, Jr., M.D., 835 Iwilei Road, Honolulu, Hawaii 96817

24a. REGISTRAR - SIGNATURE | 24b. DATE RECEIVED BY LOCAL REGISTRAR | 24c. DATE FILED BY STATE REGISTRAR

**CAUSE**

PART I. | DEATH WAS CAUSED BY: | ENTER ONLY ONE CAUSE PER LINE FOR (a), (b), AND (c) | APPROXIMATE INTERVAL BETWEEN ONSET AND DEATH

IMMEDIATE CAUSE (a) Asphyxia
DUE TO OR AS A CONSEQUENCE OF

25. CONDITIONS, IF ANY, WHICH GAVE RISE TO IMMEDIATE CAUSE (a), STATING THE UNDERLYING CAUSE LAST | (b) Drowning
DUE TO OR AS A CONSEQUENCE OF

(c) Diving accident

PART II. OTHER SIGNIFICANT CONDITIONS. CONDITIONS CONTRIBUTING TO DEATH BUT NOT RELATED TO CAUSE GIVEN IN PART I(a)
Cardiomegaly
Hypertension

26a. AUTOPSY (YES OR NO) Yes

26b. IF YES, WERE FINDINGS CONSIDERED IN DETERMINING CAUSE OF DEATH? Yes

**INTENTIONAL FALSIFICATION IS A MISDEMEANOR**

27a. ACCIDENT, SUICIDE, HOMICIDE, OR UNDETERMINED (SPECIFY) Accident | 27b. DATE OF INJURY (MONTH, DAY, YEAR) August 14, 2002 | 27c. TIME OF INJURY 10:35 a.m. | 27d. DESCRIBE HOW INJURY OCCURRED The decedent became unresponsive while underwater with diving equipment.

27e. INJURY AT WORK? (SPECIFY YES OR NO) No | 27f. PLACE OF INJURY AT HOME, FARM, STREET, FACTORY, OFFICE BLDG, ETC (SPECIFY) Ocean | 27g. LOCATION (STREET OR R.F.D. NO, CITY OR TOWN, STATE)
Heeia Kea Boat Harbor, 46-509 Kamehameha Highway, Kaneohe, Hawaii

OHSM 7 (Rev 1/98)

Police: K. OSMOND, c/o HPD
DOD: 081602
Class: Unattended Death
HPD #: 02-315747

| Thumb | Index | Middle | Ring | Little |
|---|---|---|---|---|
| Right | | | | |
| Left | | | | |

Printed By:  James ANNINO, M.E. Investigator

Date/Time:  081602     1930 hours

Location:   C&C Morgue

In Presence of: J. CULLEN   APT

IDENTIFICATION:

HDL #

A-

State I.D. #

HOW IDENTIFIED:

____  Positive   ID   thru   fingerprint
comparison

____  ID thru other means - refer to
investigator's report.

Signature  _____
Date/Time  _____

IDENTIFIED AS:

Name: FUKUOKA, Mitsuko
Address: 1101-1 Kibune Shizuoka, Hamakaita-Shi, Japan
Race/Sex: Japanese Female
Age & DOB: 43   020259
Social Security #:
Height: 5'3"     (63")
Weight: 130 lbs

ADDITIONAL INFORMATION:

DEPARTMENT OF THE MEDICAL EXAMINER
# CITY AND COUNTY OF HONOLULU

835 IWILEI ROAD • HONOLULU, HAWAII 96817
TELEPHONE: (808) 527-6777 • FAX: (808) 524-8797 • INTERNET: www.co.honolulu.hi.us

JEREMY HARRIS
MAYOR



KANTHI VON GUENTHNER, M.D.
CHIEF MEDICAL EXAMINER

WILLIAM W. GOODHUE, JR., M.D.
FIRST DEPUTY MEDICAL EXAMINER

BANI H. WIN, M.D.
DEPUTY MEDICAL EXAMINER

Date    *Aug. 19, 2002*

Dear Sirs:

    I hereby request copies of the autopsy report in the case(s)

of    *Mitsuko Fukuoka    02-1079*

who died here under investigative circumstances on    *8-16-02*    .

    My payment in the amount of $ _____ , covering the cost of the

report, is enclosed.

Name    *Dept. of Land & Natural Resources*

Address    *c/o Officer Wesley Mundy*

*1151 Punchbowl St.*

*Hon. 96813*

Enclosure

For office use only:    Receipt No. _____

                         Amount    $ _____

                         Date    _____

*Sent 9/10/2*



# GRAY W. NELSON & COMPANY

PD License #383                                    State Adjuster License #102604

### INSURANCE ADJUSTERS AND INVESTIGATORS

1154 Fort Street Mall, Suite 410                    Honolulu, Hawaii 96813-2714
Phone (808) 523-5504    Email: GNCAdjustHawaii@aol.com    Fax (808) 523-5575

August 23, 2002

RECEIVED
AUG 2 6 2002
Time 2:15 P.   M
MEDICAL EXAMINER
By _____

Department of the Medical Examiner
835 Iwilei Road
Honolulu, HI 96817

RE:    Case Number:      02-1079
       Deceased:         Fukuoka, Mitsuko
       D/A:              8/14/02
       DOD:              8/16/02
       Our Insured:      Morning Star Cruises, Inc./KBOS
       Our File No.:     GNC 077-2002

Dear Sir/Madam:

We are the independent insurance adjustors presenting the above insured and their
CGL insurance carrier, Admiral Insurance Company, concerning the investigation of a
drowning which may have occurred during the insured's shallow water diving activity.

Enclosed is our check, payable to Department of the Medical Examiner, in the amount
of $5.00 for a complete copy of the Autopsy Report for Mitsuko Fukuoka.

Please forward same at your earliest convenience to my attention at the address above.

Thank you,

Gray W. Nelson
President

GWN:kmg
Encl.: GNC check #3347

Sent 9/10/2



**Castle Medical Center**

640 Ulukahiki Street
Kailua, Hawaii 96734-4498
(808) 263-5500

RECEIVED
OCT 2 8 2002
Time 2:30 P. M
MEDICAL EXAMINER
By _____

Date    October 25, 2002

OFFICE OF THE MEDICAL EXAMINER
835 IWILEI ROAD
HONOLULU, HI   96817

RE:  FUKUOKA, MITSUKO
     Date of Death: 8-16-02

Dear Sir:

I am requesting a copy of the Medical Examiner's Autopsy Report, for the above-mentioned patient who expired here at Castle Medical Center.

I have enclosed a self-addressed envelope for your convenience.

Thank you for honoring this request.

Sincerely,

*Mary Beckley*

Mary Beckley, Health Information Management Coordinator
Castle Medical Center
Medical Records Department

Sent
10/29/2

A Member of Adventist Health System/West



## U.S. Consumer Product Safety Commission
575 Cooke Street, Suite A • PMB 2208 • Honolulu, HI 96813
(808) 733-8710 voice • (775) 263-7538 fax

November 29, 2002

Dr. Kanthi von Guenthner
Honolulu Medical Examiner
835 Iwilei Road
Honolulu, Hawaii  96817

**RECEIVED**
DEC - 2 2002
Time _____ 2:20p. ___ M
HONOLULU MEDICAL EXAMINER
By _____

Dear Dr. von Guenther,

The U.S. Consumer Product Safety Commission, a federal regulatory agency, is investigating the following death:

    Victim: Fukuoka, Mitsuko
    Date of death: 08/16/02
    Incident: Drowning
    Medical Examiner's Case Number: 02-1079

Could you please send a copy of the complete medical examiner's report concerning this case, including the autopsy report, the investigation report, lab reports, and any other reports that you may have.

Please call me if you have any questions.  Thank you for your assistance.

Sincerely,

David G. Cheng
Product Safety Investigator

*1st 2 pages*
*sent 11/29/2*
*pli*

DEPARTMENT OF THE MEDICAL EXAMINER
## CITY AND COUNTY OF HONOLULU
335 IWILEI ROAD • HONOLULU, HAWAII 96817
TELEPHONE: (808) 527-6777 • FAX: (808) 524-6797 • INTERNET: www.co.honolulu.hi.us

JEREMY HARRIS
MAYOR



KANTHI VON GUENTHNER, M.D.
CHIEF MEDICAL EXAMINER

WILLIAM W. GOODHUE, JR., M.D.
FIRST DEPUTY MEDICAL EXAMINER

Gayle F. Suzuki, M.D.
DEPUTY MEDICAL EXAMINER

Date ___May 8, 2003___

Dear Sirs:

I hereby request copies of the autopsy report in the case (s) of

___Fukuoka  Mitsuko___

Who died here under investigative circumstances on ___8/16/2002___.

My payment in the amount of $ _5⁰⁰_ covering the cost of the report, is enclosed.

Name ___Toshimitsu Mukai___

Address ___JI Accident & Fire Ins___

___2850 Kalakaua Ave  Honolulu___

___HI 96815___

Enclosure

For office use only:  Receipt No. ___5900___

Amount  $ ___5.00___

Date ___5/8/3 gave ~ 5/8/3 nli___

AUG-19-02 MON 10:05     NUUANU MORTUARY     FAX NO. 808 528 0816     P. 01/01

Date: _6/19, 2002_

02-1079

To: Department of the Medical Examiner

Subject: Authorization to release remains

The undersigned hereby requests and authorizes the release of the

remains of _MITSUKO FUKUOKA_ to Nuuanu Mortuary.

_Fukuoka Shiroh_
Signature (Relative or Representative)

_1101-1 KIBUNE  APT 106_
Address

_HAMAKITA - SHI   SHIZUOKA-KEN, JAPAN  434-0038_
City, State, Zip Code

_HUSBAND_
Relationship

_Body released
    @ DC_

M.E. Case No. _02-1079_

Honolulu, Hawaii _08/16_ 20 _02_

This is to authorize the release of the remains of
_FUKUOKA, MITSUKO_ , deceased,

to _____ _NUUANU_ _____,

designated as the agent for the funeral arrangements.

Items of clothing: _NONE_ _____

_____

_____

Posted: Yes __✓_ No _____

Condition of Body:

__X__ Normal

_____ Mild Decomposition

_____ Marked Decomposition

_____ Other (describe) _____

Released By: _____

Received By: _____

Date: _8/19/02_ Time: _1440_

MED. EX-3 (REV. 5/01)