Of Counsel:
LAW OFFICE OF ROBERT D. KAWAMURA
Attorneys At Law

ROBERT D. KAWAMURA 4537
107 Lawyers Building
550 Halekauwila Street
Honolulu, Hawaii        96813
Telephone: (808) 523-3777
Facsimile:    (808) 523-3780
Email:      Honolaw@aol.com

Attorneys for Plaintiffs/Limitation Defendants
SHIROH FUKUOKA, Individually and
as Personal Representative of
THE ESTATE OF MITSUKO FUKUOKA, and
as Next Friend Of MIHO FUKUOKA, a Minor

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

MAY 23 2006

at ___ o'clock and ___ min. ___M
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI'I

| | |
|---|---|
| In the Matter<br><br>        Of<br><br>The Complaint of MORNING STAR CRUISES, INC., a Hawaii corporation.<br>_____<br>SHIROH FUKUOKA,<br><br>                    Plaintiff,<br><br>    Vs.<br><br>MORNING STAR CRUISES, INC.,<br><br><br>_____ | ) Civil No. CV03-00672SOM<br>) (Non-Vehicle Tort)<br>)<br>) **CERTIFICATE OF SERVICE**<br>)<br>) Re: **PLAINTIFFS/LIMITATION**<br>) **DEFENDANTS SHIROH FUKUOKA,**<br>) **Individually and as Personal**<br>) **Representative of THE ESTATE**<br>) **OF MITSUKO FUKUOKA, and as**<br>) **Next Friend Of MIHO FUKUOKA'S**<br>) **FIRST REQUEST FOR ANSWERS TO**<br>) **INTERROGATORIES AND REQUEST**<br>) **FOR PRODUCTION OF DOCUMENTS**<br>) **AND THINGSTO LIMITATION**<br>) **DEFENDANT/**<br>) **LIMITATION PLAINTIFF MORNING**<br>) **STAR CRUISES, INC.** |

CERTIFICATE OF SERVICE

EXHIBIT 8



THE UNDERSIGNED HEREBY CERTIFIES that on the date below, the above-referenced document was duly served upon the following party by was of hand delivery at the following address;

Gregory K. Markham, Esq.
Keith K. Kato, Esq.
CHEE & MARKHAM
1000 American Savings Bank Tower
1001 Bishop Street
Honolulu, Hawaii  96813

Attorneys for Defendant/Limitation Plaintiff

Dated: Honolulu, Hawaii: ___May 23, 2006___.


_____
ROBERT D. KAWAMURA
Attorney for
Plaintiffs/Limitation
Defendants SHIROH FUKUOKA,
Individually and as Personal
Representative of THE ESTATE
OF MITSUKO FUKUOKA, and as
Next Friend Of MIHO FUKUOKA

2