**CHEE & MARKHAM**
ATTORNEYS AT LAW

ORIGINAL

**GREGORY K. MARKHAM**         (3453-0)
**KEITH K. KATO**              (5320-0)
1000 American Savings Bank Tower
1001 Bishop Street
Honolulu, Hawaii 96813
Telephone: (808) 523-0111
Facsimile: (808)523-0115

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

AUG 09 2006

at 3 o'clock and 40 min P M
SUE BEITIA, CLERK

Attorneys for Limitation Plaintiffs

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| In the Matter<br><br>of<br><br>The Complaint of MORNING STAR CRUISES, INC., a Hawaii corporation. | ) CIVIL NO. CV03-00672SOM<br>) (Admiralty)<br>)<br>) **CERTIFICATE OF SERVICE RE:**<br>) **LIMITATION DEFENDANT**<br>) **/LIMITATION PLAINTIFF'S**<br>) **ANSWERS TO PLAINTIFF**<br>) **/LIMITATION DEFENDANTS**<br>) **SHIROH FUKUOKA, Individually**<br>) **and as Personal Representative of**<br>) **THE ESTATE OF MITSUKO**<br>) **FUKUOKA, and as Next Friend of**<br>) **MIHO FUKUOKA'S FIRST**<br>) **REQUEST FOR ANSWERS TO**<br>) **INTERROGATORIES AND**<br>) **REQUEST FOR PRODUCTION OF**<br>) **DOCUMENTS AND THINGS TO**<br>) **LIMITATION DEFENDANT**<br>) **/LIMITATION PLAINTIFF**<br>) **MORNING STAR CRUISES, INC.**<br>) |

CERTIFICATE OF SERVICE RE:
LIMITATION DEFENDANT /LIMITATION
PLAINTIFF'S ANSWERS TO PLAINTIFF/LIMITATION
DEFENDANTS SHIROH FUKUOKA, Individually and as
Personal Representative of THE ESTATE OF MITSUKO FUKUOKA, and as
Next Friend of MIHO FUKUOKA'S FIRST REQUEST FOR ANSWERS
TO INTERROGATORIES AND REQUEST FOR PRODUCTION
OF DOCUMENTS AND THINGS TO LIMITATION DEFENDANT
/LIMITATION PLAINTIFF MORNING STAR CRUISES, INC.

The undersigned hereby certifies that the original and one (1) copy of Limitation Defendant/Limitation Plaintiff's Answers to Interrogatories and Production of Documents were duly served upon the below-identified party at their respective address by means of hand-delivery on August 9, 2006.

**ROBERT D. KAWAMURA, ESQ.**
550 Halekauwila Street, Suite 106
Honolulu, Hawaii 96813

Attorney for Limitation Defendants

DATED: Honolulu, Hawaii, August 9, 2006.

**GREGORY K. MARKHAM**
**KEITH K. KATO**
**DESIREE HIKIDA MOKUOHAI**

Attorneys for /Defendant
Limitation Plaintiff
**MORNING STAR CRUISES, INC.**