# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

8/21/2006  4:30 pm

SUE BEITIA, CLERK

| | |
|---|---|
| CASE NUMBER: | CV 03-00672SOM-BMK<br>CV 04-00588SOM-BMK |
| CASE NAME: | In the Matter of the Complaint of Morning Star Cruises, Inc.<br>Shiroh Fukuoka, et al. vs.  Morning Star Cruises, Inc., et al. |
| ATTYS FOR PLA: | Gregory Markham/Desiree Mokuohai - CV 03-672<br>Robert Kawamura - CV 04-588 |
| ATTYS FOR DEFT: | Robert Kawamura - CV 03-672<br>Gregory Markham/Desiree Mokuohai - CV 04-588 |
| INTERPRETER: | |

| | | | |
|---|---|---|---|
| JUDGE: | Susan Oki Mollway | REPORTER: | Debra Chun |
| DATE: | 8/21/2006 | TIME: | 11:15 - 11:40 |

COURT ACTION:  EP:    Limitation Plaintiff Morning Star Cruises, Inc.'s Motion for Motion for Summary Judgment Against Limitation Defendants for Exoneration From or Limitation of Liability -

Arguments.

Limitation Plaintiff Morning Star Cruises, Inc.'s Motion for Motion for Summary Judgment Against Limitation Defendants for Exoneration From or Limitation of Liability - taken under advisement.

Court to issue a written ruling within the next 10 days.

Submitted by: Toni Fujinaga, Courtroom Manager.