**CHEE & MARKHAM**
Attorneys At Law

ORIGINAL

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

AUG 17 2006

at 2 o'clock and ___ min __ M
SUE BEITIA, CLERK

**GREGORY K. MARKHAM**     (3453-0)
**KEITH K. KATO**                     (5320-0)
**DESIREE HIKIDA MOKUOHAI**  (7793-0)
1000 American Savings Bank Tower
1001 Bishop Street
Honolulu, Hawaii 96813
Telephone: (808) 523-0111
Facsimile: (808) 523-0115
Email: gmarkham@cheemarkham.com
          kkato@cheemarkham.com
          dmokuohai@cheemarkham.com

Attorneys for Defendant/Limitation Plaintiff
**MORNING STAR CRUISES, INC.**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| In the Matter of | CV. NO. 03-00672 SOM-BMK |
| The Complaint of MORNING STAR CRUISES, INC., a Hawaii corporation. | |
| SHIROH FUKUOKA, Individually and as Personal Representative of THE ESTATE OF MITSUKO FUKUOKA, and as Next Friend of MIHO FUKUOKA, a Minor, | CV. NO. 04-00588 SOM-BMK  [CONSOLIDATED] |
| Plaintiffs, | LIMITATION PLAINTIFF'S DISCLOSURE OF EXPERT WITNESS PURSUANT TO RULE 26; EXHIBITS "1"-"2"; CERTIFICATE OF SERVICE |
| vs. | |
| MORNING STAR CRUISES, INC., a Hawaii corporation; JOHN DOES 1-10, JANE DOES 1-10, DOE | |

| | |
|---|---|
| CORPORATIONS 1-10, DOE ) | Trial: February 21, 2007 |
| PARTNERSHIPS 1-10, DOE JOINT ) | Time: 9:00 a.m. |
| VENTURERS 1-10, DOE LIMITED ) | Judge: Hon. Susan Oki Mollway |
| LIABILITY ENTITES 1-10, DOE ) | |
| NON-PROFIT ENTITES, 1-10, DOE ) | |
| GOVERNMENTAL ENTITIES 1-10, ) | |
| DOE UNINCORPORATED ) | |
| ENTITES 1-10, and OTHER DOE ) | |
| ENTITES 1-10, ) | |
| ) | |
| Defendants. ) | |

LIMITATION PLAINTIFF'S DISCLOSURE OF EXPERT WITNESS
PURSUANT TO RULE 26

COMES NOW Limitation Plaintiff MORNING STAR CRUISES, INC., (hereinafter referred to as "Morning Star") by and through its attorneys, the law firm of Chee & Markham, and pursuant to Rule 26 of the Federal Rules of Civil Procedure and this Court's Amended Rule 16 Scheduling Order filed July 5, 2006, hereby discloses the following expert witness it expects to utilize in this litigation:

EXPERT WITNESS

Mike Doyle, NAMS-CMS
Mike Doyle, Limited
575-B Cooke Street
Honolulu, HI 96813

Mr. Doyle will testify as to the value of the 24 Foot Steel Barge, State of Hawaii Registration Number HA 1367 CP and attached compressor (the

2

"Vessel"). Mr. Doyle's report is attached hereto as Exhibit "1" and his resume is attached hereto as Exhibit "2."

DATED: Honolulu, Hawaii, August 17, 2006.

                                              **GREGORY K. MARKHAM**
                                              **KEITH K. KATO**
                                              **DESIREE HIKIDA MOKUOHAI**

                                              Attorneys for /Defendant
                                              Limitation Plaintiff
                                              **MORNING STAR CRUISES, INC.**