# MIKE DOYLE, LIMITED
*Marine Surveyors covering the Pacific since 1973*

575 Cooke Street Suite A 2816
Honolulu, Hawaii 96813
Telephone (808) 591-0399
Fax (808) 591-0998
Cel (808) 753-7911
email: mikedoyle@hawaii.rr.com

Page 1 of 2

## RESUME

**MICHAEL F. DOYLE:**

Principal Surveyor, Mike Doyle, Limited, based in Honolulu, Hawaii
Experienced in yachts, cargo, commercial fishing and passenger vessels
Certified Marine Surveyor: No. 111-257 (NAMS)

**MEMBER:**

National Association of Marine Surveyors, Inc. (NAMS)
National Association of Corrosion Engineers (NACE)
Society of Naval Architects and Marine Engineers (SNAME)
International Association of Marine Investigators (IAMI)

**P & I CORRESPONDENT:**

The Britannia Steamship Insurance Association Limited
The Japan Shipowners' Mutual Protection & Indemnity Association

**EDUCATION:**

| | |
|---|---|
| Massachusetts Institute of Technology, B.S. in Mechanical Engineering | 1950 |
| U.S. Navy Electronics Schools | 1943- 1946 |
| University of Syracuse, Forestry School | 1955 |
| Northeastern University, Computer Technology | 1966 |

**EXPERIENCE:**

| | |
|---|---|
| 1973 | Full time independent marine surveyor, State of Hawaii and Pacific |
| 1972-73 | Raced to Tahiti from Los Angles, cruised the South Pacific as skipper of a 57' yacht. Maintained hull and rigging. |
| 1970-72 | Self employed as yacht rigger in Marina del Rey, California |
| 1967-70 | Licensed Yacht Broker on West Coast |
| 1967 | And previous)Worked in several categories of engineering, design and sales engineering encompassing pressure, temperature, and liquid level instruments. Also involved in wood kiln drying, camera design, lithography and medical instruments. |


EXHIBIT "2"

RESUME OF MICHAEL F. DOYLE (Page 2)

MARINE EXPERIENCE:

I have been involved with either the construction and/or repair of all types of hulls and rigging. This includes fiberglass, wood, aluminum, steel, and cement. I have sailed on all types of boats from dinghies to 12 meters to maxi ocean racing yachts, on the Great lakes, East Coast, West Coast, Hawaii and the South Pacific. I have delivered both power and sail along both coasts.

I have been involved in over 13,000 various types of surveys since 1973, including 316 strandings/groundings, 207 dismastings 240 collisions and 97 sinkings plus miscellaneous other damage surveys.

Acting as an independent marine surveyor for insurance claims has given me experience with salvage and repair of a great variety of yachts, fishing vessels, passenger vessels, cargo vessels and barges. I am also involved with cargo damage as well as loading and lashing claims for most major U.S. and foreign Marine Insurance Underwriters. I will not knowingly pass any questionable item that may possibly affect either the seaworthiness or safety of the vessel surveyed.

We are dependable.