ORIGINAL

CHEE & MARKHAM
Attorneys At Law

GREGORY K. MARKHAM            (3453-0)
KEITH K. KATO                 (5320-0)
DESIREE HIKIDA MOKUOHAI       (7793-0)
1000 American Savings Bank Tower
1001 Bishop Street
Honolulu, Hawaii 96813
Telephone: (808) 523-0111
Facsimile: (808)523-0115
Email: gmarkham@cheemarkham.com
       kkato@cheemarkham.com
       dmokuohai@cheemarkham.com

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

SEP 0 5 2006

at __ o'clock and __ min. __ M
SUE BEITIA, CLERK

Attorneys for Defendant/Limitation Plaintiff
MORNING STAR CRUISES, INC.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| In the Matter of | CV. NO. 03-00672 SOM-BMK |
| The Complaint of MORNING STAR CRUISES, INC., a Hawaii corporation | |
| SHIROH FUKUOKA, Individually and as Personal Representative of THE ESTATE OF MITSUKO FUKUOKA, and as Next Friend of MIHO FUKUOKA, a Minor, | CV. NO. 04-00588 SOM-BMK [CONSOLIDATED] |
| Plaintiffs, | SUBPOENA DUCES TECUM [DEPONENT: THOMAS C. EBRO] |
| vs. | Trial: February 21, 2007 |
| MORNING STAR CRUISES, INC., a Hawaii corporation; JOHN DOES 1-10, JANE DOES 1-10, DOE | Time: 9:00 a.m. Judge: Hon. Susan Oki Mollway |

| | |
|---|---|
| CORPORATIONS 1-10, DOE PARTNERSHIPS 1-10, DOE JOINT VENTURERS 1-10, DOE LIMITED LIABILITY ENTITES 1-10, DOE NON-PROFIT ENTITES, 1-10, DOE GOVERNMENTAL ENTITIES 1-10, DOE UNINCORPORATED ENTITIES 1-10, and OTHER DOE ENTITES 1-10,<br><br>        Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## SUBPOENA IN A CIVIL CASE

TO:    THOMAS C. EBRO
        Water Safety Consultants
        5525 Reflections Boulevard
        Lutz, Florida, 33558-9017

YOU ARE COMMANDED to appear at the place, date, and time specified below to testify at the taking of a deposition in the above case.

| NAME(S) AND ADDRESS(ES) | DATE and TIME |
|---|---|
| THOMAS C. EBRO<br>Water Safety Consultants<br>5525 Reflections Boulevard<br>Lutz, Florida, 33558-9017 | October 10, 2006<br>at 9:00 a.m. |

YOU ARE COMMANDED to produce and permit inspection and copying of the documents and/or objects listed hereinbelow:

## DOCUMENTS TO BE PRODUCED

Said deponent is required by this subpoena duces tecum to bring with him and have available for production the original and/or true and correct legible copies of any and all records, including but no limited to copies of correspondence, notes, statements, photographs, diagrams, reports, memoranda and writings of any sort containing entries pertaining, in any fashion, to the above-entitled matter.

DISOBEDIENCE of this Subpoena may be punished as contempt by this Court.

DATED: Honolulu, Hawaii, _SEP 0 5 2006_____

_____
Issuing Officer Signature
Name: GREGORY K. MARKHAM, ESQ.
Title: Attorney for MORNING STAR CRUISES, INC.

| RETURN OF SERVICE |||
|---|---|---|
| Service of the __SDT__ was made by me[(1)] || DATE: 9/5/06 |
| NAME OF SERVER (PRINT) _Dara Akule Mikuska_ || TITLE _Atty_ |
| Check one box below to indicate appropriate method of service |||

____ Served personally upon _____. Place where served: _____

____ Left copies thereof at _____'s dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

_X_ Name of person with whom the subpoena was left:
_Robert Kawamura Esq._
_Atty for Plaintiffs and Thomas C. Ebro_

____ Returned unexecuted: _____

____ Other (specify): _____

STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|  |  |  |

DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Fees is true and correct.

Executed on __9/5/06  11:15am__  _[signature]_
             Date              Signature of Server

__1001 Bishop St, Ste 1000 ASB, Hnlu HI 96813__
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

4