**CHEE & MARKHAM**
Attorneys At Law

**GREGORY K. MARKHAM**     (3453-0)
**KEITH K. KATO**          (5320-0)
**DESIREE HIKIDA MOKUOHAI** (7793-0)
1000 American Savings Bank Tower
1001 Bishop Street
Honolulu, Hawaii 96813
Telephone: (808) 523-0111
Facsimile: (808)523-0115
Email: gmarkham@cheemarkham.com
       kkato@cheemarkham.com
       dmokuohai@cheemarkham.com

Attorneys for Defendant/Limitation Plaintiff
**MORNING STAR CRUISES, INC.**

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

SEP 0 5 2006

at 1 o'clock and 30 min P M
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| In the Matter of | CV. NO. 03-00672 SOM-BMK |
| The Complaint of MORNING STAR CRUISES, INC., a Hawaii corporation. | |
| SHIROH FUKUOKA, Individually and as Personal Representative of THE ESTATE OF MITSUKO FUKUOKA, and as Next Friend of MIHO FUKUOKA, a Minor, | CV. NO. 04-00588 SOM-BMK<br><br>**[CONSOLIDATED]** |
| Plaintiffs, | CERTIFICATE OF SERVICE RE: AMENDED NOTICE OF TAKING DEPOSITION UPON ORAL EXAMINATION [THOMAS C. EBRO] |
| vs. | |
| MORNING STAR CRUISES, INC., a Hawaii corporation; JOHN DOES 1-10, JANE DOES 1-10, DOE | |

| | |
|---|---|
| CORPORATIONS 1-10, DOE PARTNERSHIPS 1-10, DOE JOINT VENTURERS 1-10, DOE LIMITED LIABILITY ENTITES 1-10, DOE NON-PROFIT ENTITES, 1-10, DOE GOVERNMENTAL ENTITIES 1-10, DOE UNINCORPORATED ENTITIES 1-10, and OTHER DOE ENTITES 1-10,<br><br>      Defendants. | Trial:  February 21, 2007<br>Time:  9:00 a.m.<br>Judge:  Hon. Susan Oki Mollway |

## CERTIFICATE OF SERVICE RE: AMENDED NOTICE OF TAKING DEPOSITION UPON ORAL EXAMINATION [Thomas C. Ebro]

The undersigned hereby certifies that a copy of the Notice Of Taking Deposition Upon Oral Examination [Thomas C. Ebro] was duly served upon the below-identified party at their respective address by means of hand-delivery on   SEP 0 5 2006   .

**ROBERT D. KAWAMURA, ESQ.**
550 Halekauwila Street., Suite 106
Honolulu, Hawaii 96813

Attorney for Plaintiffs/Limitation Defendants
SHIROH FUKUOKA, Individually and as
Personal Representative of THE ESTATE OF
MITSUKO FUKUOKA, and as Next Friend
of MIHO FUKUOKA, a Minor

DATED: Honolulu, Hawaii, __SEP 0 5 2006__ .



_____
**GREGORY K. MARKHAM**
**KEITH K. KATO**
**DESIREE HIKIDA MOKUOHAI**

Attorneys for /Defendant Limitation
Plaintiff **MORNING STAR CRUISES, INC.**