UNITED STATES DISTRICT COURT

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

SEP 11 2006

at ___ o'clock and ___ min. ___ M
SUE BEITIA, CLERK

IN THE MATTER OF

CV NO. 03-00672 SOM-BMK
CV NO. 04-00588 SOM-BMK
(CONSOLIDATED)
NOTICE TO CLAIMANTS

| AFFIDAVIT OF PUBLICATION

STATE OF HAWAII
City and County of Honolulu                SS.

_____Valerie L. Yanagihara_____ being duly sworn deposes and says that she is a clerk, duly authorized to execute this affidavit of THE HONOLULU ADVERTISER, a division of GANNETT PACIFIC CORPORATION, that said newspaper is a newspaper of general circulation in the State of Hawaii, and that the attached notice is a true notice as was published in the aforereferenced newspaper as follows:

The Honolulu Advertiser:       4        times(s) on
        08/04/2006, 08/11/2006, 08/18/2006, 08/25/2006

and that affiant is not a party to or in any way interested in the above entitled matter.

Subscribed and sworn to before me this   25th   day of   August
A. D. 20 06

ELSIE A. MARUYAMA
Notary Public of the First Judicial Circuit
State of Hawaii
My commission expires   March 7, 2008

---

**IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF HAWAII**
CV. NO. 03-00672 SOM-BMK
CV. NO. 04-00588 SOM-BMK
[CONSOLIDATED]
**NOTICE TO CLAIMANTS**

In the Matter of The Complaint of MORNING STAR CRUISES, INC., a Hawaii corporation, SHIROH FUKUOKA, Individually and as Personal Representative of THE ESTATE OF MITSUKO FUKUOKA, and as Next Friend of MIHO FUKUOKA, a Minor, Plaintiffs, vs. MORNING STAR CRUISES, INC., a Hawaii corporation; JOHN DOES 1-10, JANE DOES 1-10, DOE CORPORATIONS 1-10, DOE PARTNERSHIPS 1-10, DOE JOINT VENTURERS 1-10, DOE LIMITED LIABILITY ENTITIES, 1-10, DOE NON-PROFIT ENTITIES, 1-10, DOE GOVERNMENTAL ENTITIES 1-10, DOE UNINCORPORATED ENTITIES 1-10, and OTHER DOE ENTITIES 1-10, Defendants.

**NOTICE TO CLAIMANTS**

On December 8, 2003, Limitation Plaintiff Morning Star Cruises, Inc., the owner of that certain 24 foot steel raft / barge, registration number HA 1367CP (hereinafter referred to as the "Vessel"), filed a Complaint pursuant to the Limitation of Liability Act, 46 U.S.C. §§ 183 et seq., and the Federal Rules of Civil Procedure 9(h) and Rule F of the Supplemental Rules for Certain Admiralty and Maritime Claims. A First Amended Complaint was filed December 18, 2003. The Complaint seeks exoneration from or limitation of liability for any loss, damage, injury, or demand occasioned or incurred by, or in any way consequent to, an incident involving the Vessel that occurred on or about August 14, 2002, upon the navigable waters of the United States, Kaneohe Bay, State of Hawaii.

On May 7, 2004, pursuant to Rule F(1) of the Supplemental Rules for Certain Admiralty and Maritime Claims, a Notice of Deposit of Funds with the Court, the sum of four thousand and no/100 dollars ($4,000.00), representing the value of the Vessel and Yanmar Dive Compressor Model #L190 AE DE attached to the Vessel was filed May 7, 2004.

Pursuant to an Order dated July 24th, 2006, all persons claiming damages for any loss, damage or injury incurred by reason of the incident on August 14, 2002 are cited to file their respective claims with the Clerk of this Court and to serve on or mail to Morning Star Cruises, Inc.'s counsel, CHEE & MARKHAM, 1001 Bishop Street, 1000 American Savings Bank Tower, Honolulu, Hawaii 96813, a copy thereof on or before September 1, 2006. Any claimant desiring to contest Morning Star Cruises, Inc.'s right to exoneration from or limitation of liability shall file and serve on or mail to counsel for Morning Star Cruises, Inc. an answer to the Complaint.

DATED: Honolulu, Hawaii, July 26, 2006.
 Sue Beitia, Clerk of the Court,
 United States District Court,
 District of Hawaii
 By: Laila Geronimo, Deputy Clerk,
 United States District Court,
 District of Hawaii

CHEE & MARKHAM Attorneys at Law
GREGORY K. MARKHAM, ESQ.
KEITH K. KATO, ESQ.
DESIREE HIKIDA MOKUOHAI, ESQ.
Suite 1000, Am. Savings Bank Tower
1001 Bishop Street
Honolulu, Hawaii 96813
Tel: 808-523-0111/Fax: 808-523-0115
Attorneys for Morning Star Cruises, Inc.
Limitation Plaintiff
(Hon. Adv.: Aug. 4, 11, 18, 25, 2006) (A-499946)