## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing document was duly served upon the below-identified party at his address by means of hand-delivery on   SEP 11 2006   .

**ROBERT D. KAWAMURA, ESQ.**
550 Halekauwila Street., Suite 106
Honolulu, Hawaii 96813

Attorney for Limitation Defendants

DATED: Honolulu, Hawaii,   SEP 11 2006   .

**GREGORY K. MARKHAM**
**KEITH K. KATO**
**DESIREE HIKIDA MOKUOHAI**

Attorneys for /Defendant
Limitation Plaintiff
**MORNING STAR CRUISES, INC.**