ORIGINAL

**CHEE & MARKHAM**
Attorneys At Law

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

1 9 2006

at 10 o'clock and 10 min. A M
SUE BEITIA, CLERK

**GREGORY K. MARKHAM**          (3453-0)
**KEITH K. KATO**                      (5320-0)
**DESIREE HIKIDA MOKUOHAI**  (7793-0)
1000 American Savings Bank Tower
1001 Bishop Street
Honolulu, Hawaii 96813
Telephone: (808) 523-0111
Facsimile: (808)523-0115
Email: gmarkham@cheemarkham.com
         kkato@cheemarkham.com
         dmokuohai@cheemarkham.com

LODGED

SEP 1 5 2006
10:30AM
CLERK, U. S. DISTRICT COURT
DISTRICT OF HAWAII

Attorneys for Defendant/Limitation Plaintiff
**MORNING STAR CRUISES, INC.**

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| In the Matter of ) | CV. NO. 03-00672 SOM-BMK |
| ) | |
| The Complaint of MORNING STAR ) CRUISES, INC., a Hawaii corporation. ) | |
| ) | |
| SHIROH FUKUOKA, Individually and ) as Personal Representative of THE ) ESTATE OF MITSUKO FUKUOKA, ) and as Next Friend of MIHO ) FUKUOKA, a Minor, ) | CV. NO. 04-00588 SOM-BMK **[CONSOLIDATED]** |
| ) | STIPULATION FOR |
| Plaintiffs, ) | ENLARGEMENT OF TIME TO SUBMIT DISCLOSURE OF EXPERT WITNESS AND REPORT; |
| vs. ) | ORDER |
| ) | |
| MORNING STAR CRUISES, INC., a ) Hawaii corporation; JOHN DOES 1- ) | Trial: February 21, 2007 |

| | | |
|---|---|---|
| 10, JANE DOES 1-10, DOE | ) | Time: 9:00 a.m. |
| CORPORATIONS 1-10, DOE | ) | Judge: Hon. Susan Oki Mollway |
| PARTNERSHIPS 1-10, DOE JOINT | ) | |
| VENTURERS 1-10, DOE LIMITED | ) | |
| LIABILITY ENTITES 1-10, DOE | ) | |
| NON-PROFIT ENTITES, 1-10, DOE | ) | |
| GOVERNMENTAL ENTITIES 1-10, | ) | |
| DOE UNINCORPORATED | ) | |
| ENTITIES 1-10, and OTHER DOE | ) | |
| ENTITIES 1-10, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

## STIPULATION FOR ENLARGEMENT OF TIME
## TO SUBMIT DISCLOSURE OF EXPERT WITNESS AND REPORT

IT IS HEREBY STIPULATED by and between Plaintiffs SHIROH

FUKUOKA, Individually and as Personal Representative of THE ESTATE OF

MITSUKO FUKUOKA, and as Next Friend of MIHO FUKUOKA, a Minor, and

Defendant MORNING STAR CRUISES, INC. through their undersigned counsel,

that MORNING STAR CRUISES, INC. shall have from September 20, 2006 up to

and including October 20,2006 within which to submit its disclosure of expert

witness and report.

A trial date has been set for February 21, 2007 in this case and the

enlargement stipulated to herein is not expected to affect such trial.

DATED:  Honolulu, Hawaii,  <u>SEP 1 5 2006</u>                  .

ROBERT D. KAWAMURA

Attorney for Plaintiffs
SHIROH FUKUOKA, Individually and as
Personal Representative of THE ESTATE
OF MITSUKO FUKUOKA, and as Next
Friend of MIHO FUKUOKA, a Minor

GREGORY K. MARKHAM
KEITH K. KATO
DESIREE HIKIDA MOKUOHAI

Attorneys for Attorneys for
Defendant/Limitation Plaintiff
**MORNING STAR CRUISES, INC.**

APPROVED AND SO ORDERED:

JUDGE OF THE ABOVE-ENTITLED
      COURT

In the Matter of The Complaint of MORNING STAR CRUISES, INC., a Hawaii corporation.

SHIROH FUKUOKA, Individually and as Personal Representative of THE ESTATE OF MITSUKO FUKUOKA, and as Next Friend of MIHO FUKUOKA, a Minor, Plaintiffs, vs. MORNING STAR CRUISES, INC., etal., Defendants. CV. NO. 03-00672 SOM-BMK/ CV. NO. 04-00588 SOM-BMK **[CONSOLIDATED]** -- STIPULATION FOR ENLARGEMENT OF TIME TO SUBMIT DISCLOSURE OF EXPERT WITNESS AND REPORT; ORDER