**CHEE & MARKHAM**
Attorneys At Law

| | |
|---|---|
| **GREGORY K. MARKHAM** | (3453-0) |
| **KEITH K. KATO** | (5320-0) |
| **DESIREE HIKIDA MOKUOHAI** | (7793-0) |

1000 American Savings Bank Tower
1001 Bishop Street
Honolulu, Hawaii 96813
Telephone: (808) 523-0111
Facsimile: (808)523-0115
Email: gmarkham@cheemarkham.com
       kkato@cheemarkham.com
       dmokuohai@cheemarkham.com

Attorneys for Defendant/Limitation Plaintiff
**MORNING STAR CRUISES, INC.**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| In the Matter of | CV. NO. 03-00672 SOM-BMK |
| The Complaint of MORNING STAR CRUISES, INC., a Hawaii corporation. | |
| SHIROH FUKUOKA, Individually and as Personal Representative of THE ESTATE OF MITSUKO FUKUOKA, and as Next Friend of MIHO FUKUOKA, a Minor, | CV. NO. 04-00588 SOM-BMK [CONSOLIDATED] |
| Plaintiffs, | **NOTICE OF HEARING OF DEFENDANT/LIMITATION PLAINTIFF MORNING STAR CRUISES INC.'S MOTION FOR SUMMARY JUDGMENT AGAINST PLAINTIFFS/ LIMITATION DEFENDANTS;** |
| vs. | |
| MORNING STAR CRUISES, INC., a Hawaii corporation; JOHN DOES 1- | |

ORIGINAL

| | |
|---|---|
| 10, JANE DOES 1-10, DOE CORPORATIONS 1-10, DOE PARTNERSHIPS 1-10, DOE JOINT VENTURERS 1-10, DOE LIMITED LIABILITY ENTITES 1-10, DOE NON-PROFIT ENTITES, 1-10, DOE GOVERNMENTAL ENTITIES 1-10, DOE UNINCORPORATED ENTITES 1-10, and OTHER DOE ENTITES 1-10,<br><br>      Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | **DEFENDANT/LIMITATION PLAINTIFF MORNING STAR CRUISES INC.'S MOTION FOR SUMMARY JUDGMENT; MEMORANDUM IN SUPPORT OF MOTION; DECLARATION OF STEVEN C. BRIDGES; DECLARATION OF GREGORY K. MARKHAM; EXHIBITS "1"- "5"; CERTIFICATE OF SERVICE**<br><br>Date:<br><br>Time:<br><br>Judge:<br><br><br>Trial:   February 21, 2007<br>Time:  9:00 a.m.<br>Judge: Hon. Susan Oki Mollway |

NOTICE OF HEARING OF LIMITATION PLAINTIFF
MORNING STAR CRUISES INC.'S MOTION FOR
SUMMARY JUDGMENT

TO:   **ROBERT D. KAWAMURA, ESQ.**
       550 Halekauwila Street., Suite 106
       Honolulu, Hawaii 96813

       Attorney for Limitation Defendants

NOTICE is hereby given that Limitation Plaintiff Morning Star Cruises Inc.'s Motion For Summary Judgment shall come on for hearing before the Honorable Susan Oki Mollway, Magistrate/Judge of the above-entitled Court, in his courtroom in the United States Courthouse, 300 Ala Moana Boulevard, Honolulu, Hawaii, on Monday, _____, at the hour of _____ o'clock ___, or as soon thereafter as counsel may be heard.

DATED:   Honolulu, Hawaii, September 20, 2006.


_____
**GREGORY K. MARKHAM**
**KEITH K. KATO**
**DESIREE HIKIDA MOKUOHAI**

Attorneys for /Defendant
Limitation Plaintiff
**MORNING STAR CRUISES, INC.**