IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| In the Matter | ) | CV NO. 03-00672 SOM-BMK |
| of | ) | |
| The Complaint of MORNING STAR CRUISES, INC., a Hawaii corporation. | ) | |
| SHIROH FUKUOKA, | ) | CV NO. 04-00588 SOM-BMK |
| Plaintiff, | ) | [CONSOLIDATED] |
| vs. | ) | **DEFENDANT/LIMITATION PLAINTIFF MORNING STAR CRUISES INC.'S MOTION FOR SUMMARY JUDGMENT** |
| MORNING STAR CRUISES, INC., | ) | |
| Defendant. | ) | |

LIMITATION PLAINTIFF MORNING STAR CRUISES INC.'S
MOTION FOR SUMMARY JUDGMENT

COMES NOW Limitation Plaintiff Morning Star Cruises, Inc., by and through its attorneys, the law firm of Chee & Markham, and hereby moves for Summary Judgment.

This motion is brought pursuant to Rule 56 of the *Federal Rules of Civil Procedure*, and is supported by the Memorandum in Support of Motion, Concise Statement of Facts, declarations, pleadings, files and records herein.

DATED: Honolulu, Hawaii, September 20, 2006.

                                        **GREGORY K. MARKHAM**
                                        **KEITH K. KATO**
                                        **DESIREE HIKIDA MOKUOHAI**

                                        Attorneys for /Defendant
                                        Limitation Plaintiff
                                        **MORNING STAR CRUISES, INC.**