ハワイで一番新しい海の遊び



# シーウォーカー

ヘルメットを被るだけで楽に普通の呼吸で海底散歩が楽しめるシーウォーカー。ヘルメットには常にコンプレッサーから新鮮な空気が送られています。水は絶対にはいってきませんので髪を濡らす事もありませんし、メガネ・コンタクトをかけたままでもOKです。１２歳以上で健康なかたなら誰でも参加できます。もちろん泳げない方もOKです。

シーウォーカー専用のハシゴで水深約3メートルの海底まで自分のペースでおり、インストラクターと一緒に海底散歩をエンジョイ。まるで宇宙遊泳をしているような気分になります。クライマックスは魚の餌付、あなたの持つ餌に魚達が集まります。

シーウォーカーの他ジェットスキーとバナナ ボートライドと大人気な海遊びを組み合わせた「シーウォーカー パッケージ」が好評です。

注： 　ジェットスキーの運転は１６歳以上とハワイ州の法律で決められています。ただし、１６歳以下の方は他の人の運転による同乗可能です。

EXHIBIT 1

18

# K.B.O.S
## シーウォーカー 免責同意書
### （及びその他のオーシャスポーツ）

お客様に安全かつ快適に楽しんで頂く為に下記の注意があります。　常に係員の指示に従い、お客様個人及び他のお客様の安全のために、お客様自身の責任において行動して下さい。
1）１２才以上であること。（１８才以下の方は保護者の署名が必要です。）
2）下記の免責同意書を良く読み把握したうえで本人（保護者）が署名する事。

免責同意書（署名される前に必ず読んで下さい。）
シーウォーカーに参加するに当たり、予想されると否かに関わらず、関連して起こり得る全リスクは、私（参加者）自身・家族・相続人・その他の関係者は何等の意義を有せず請求権を有しない事を確認します。不注意による個人ケガ・傷害・私物の破損・死亡事故における全ての賠償責任からＫＢＯＳ・旅行代理・ＨＭＡ・ＰＡＤＩ・及びＰＡＤＩインストラクター・シーウォーカーインストラクターを解放し、免除することに同意します。

下記の病歴がある方は医師の診断書がいります。
「病歴」
現在、風邪・呼吸器系のトラブル・喘息・糖尿病・心臓疾患・肺結核・肺気腫気胸・耳及び鼻科の病・てんかん・高血圧・妊娠・通院中・手術の直後（心臓・動脈結腸・外科）・麻薬・薬物依存症・アルコール依存症・精神傷害（閉所恐怖症等）
私（参加者）は、以上の全ての項目にあてはまる病気及び病歴はない事を確認します。

**１８才以下の方は保護者のサインが必要です。**

| 日付け | 氏名（署名） | 年齢 | 署名（保護者） |
|---|---|---|---|
| 8/14 | 福岡 美帆 | 14 | 福岡 美都子 |
| 8/14 | 福岡 美都子 | 43 | |
| 8/14 | 佐藤 那生 | 25 | 佐藤 |
| 〃 | 佐藤 肇 | 27 | |
| 8/14 | 石塚 春雄 | 45 | |
| 〃 | 石塚 大輝 | 13 | 石塚 春雄 |
| 8/14 | 武富 涼 | 13 | 武富 裕司 |
| 〃 | 武富 彩 | 18 | 武富 裕司 |
| 〃 | 武富 裕司 | 43 | |
| 〃 | 武富 香 | 44 | |
| 〃 | 松岡 泰来 | 15 | 松岡 靖博 |
| 〃 | 松岡 希 | 13 | 〃 |
| 〃 | 松岡 靖博 | 49 | |
| 〃 | 佐々木 理恵 | 15 | 佐々木 聖子 |
| 〃 | 佐々木 美紀 | 12 | 〃 |
| 〃 | 佐々木 聖子 | 41 | |

INSTRUCTOR'S SIGNATURE: _____ DATE:

DATE:_____

- 確立されている安全手順を守らないで発生した事故に対して生じえるいかなる危害、傷害、損害について関連するすべてのリスクを、個人のものとし、業者及び、旅行代理店に一切の責任はないものとする。
- 以上、指導員の指示及び、規則に従わず発生した際の事故、傷害、損害にかんしてその一切を個人のものとする事をここに同意致します。又、私はこの免責同意書を署名前に熟読し、内容を熟知致しました。

| 氏名 | ホテル | ルーム# | エージェント名 |
|---|---|---|---|
| 福岡 美郁子 | ハイアットリージェンシー | 3352 | JTB |
| 福岡 美帆 | ハイアットエージェンシー | 3352 | JTB |
| 佐藤 隆 | マリオットビーチ | ~~2990~~ 2970 | JAL(四門) |
| 佐藤 弥生 | マリオットビーチ | 2970 | JAL(アバヒユキ) |
| 石塚 青姫 | プリンセスカイウラニ | 565 | JTB |
| 石塚 大輝 | プリンセスカイウラニ | 〃 | 〃 |
| 武富 涼 | マリオットビーチ | 723 | JTB |
| 武富 彩 | マリオットビーチ | 723 | 〃 |
| 武富 裕司 | 〃 | 725 | 〃 |
| 武富 香 | 〃 | 〃 | 〃 |
| 松岡 泰葉 | ハイアットリージェンシー | 1807 | I'll |
| 松岡 靖博 | 〃 | 1806 | 〃 |
| 松岡 秀 | 〃 | 〃 | 〃 |
| 佐々木 美紀 | マリオットリゾート | 1213 | 読売旅行 |
| 佐々木 理恵 | 〃 | 〃 | 〃 |
| 佐々木 東勲 | 〃 | 1218 | 〃 |
| 佐々木 聡子 | 〃 | 〃 | 〃 |
| 寺嶋 裕司 | ヒルトンハワイアンビレッジ | ラグーン 1672 | HIS |
| 前田 恵理 | 〃 | 〃 | 〃 |
| 前田 孔一 | 〃 | 〃 | 〃 |
| 前田 純子 | 〃 | 〃 | 〃 |
| 中野 愛 | マリオットリゾート | 1916 | ソロハセブン |
| 菱沼 伸也 | 〃 | 〃 | 〃 |
| 石山 明 | マリオットリゾート | 503 | 読売ツアー |
|  祥子 | 〃 | 〃 | 〃 |
|  寛子 | 〃 | 〃 | 〃 |