[Translation]

# KANEOHE BAY OCEAN SPORTS

## SeaWalker Package

SeaWalker/Jet Skiing/Banana Boat

- Wearing the SeaWalker helmet, you can stroll freely on the ocean floor in a bathing suit.
- Eyeglasses are OK since your face doesn't get wet
- Since you will be accompanied by experienced instructors, anyone from children to seniors can give it a try.

# KBOS
# OCEAN SPORTS

## Enjoy a Stroll through the Beautiful Waters of Hawaii

What's included in the Package:
- Pickup and drop-off service from Waikiki hotels
- SeaWalker
- Jet Skiing
- Banana Boat
- Snacks and Lunch

Caution: Individuals under 16 years of age are not permitted to operate a jet ski. Such individuals are permitted to ride together with another driver. Children under 12 years of age are not permitted to participate in the SeaWalker.

EXHIBIT 2

[Translation]

## The newest ocean fun in Hawaii

# The SeaWalker

Wearing only a helmet, you can enjoy a stroll on the ocean floor while breathing easily and normally.

The SeaWalker. A compressor delivers a continual stream of fresh air to the helmet. The helmets are absolutely watertight so your hair stays dry and you can leave your glasses and contact lenses on. The SeaWalker is open to anyone who is at least 12 years of age and who is in good health. Of course, the SeaWalker is even open to non-swimmers.

Descend down to the ocean floor at your own pace - to a depth of approximately 3 meters - using the special Seawalker ladder and enjoy a stroll on the ocean floor together with an instructor. You'll feel like you're walking in outer space. [Bring the experience to a] climax by feeding the fish – the fish will gather around the food you in your hand.

[Enjoy] our popular "SeaWalker Package", which combines the SeaWalker with 2 other highly popular ocean experiences - Jet Skiing and a ride on the Banana Boat.

Caution:   Hawaii law requires jet ski operators to be at least 16 years of age. However, individuals under 16 years of age are permitted to ride together with other drivers.

[Translation]

# K.B.O.S.
## SeaWalker Disclaimer Agreement
## (and other Ocean Sports)

The following warning is provided in order to enable you to enjoy yourself safely and comfortably. Always follow staff instructions and, for the benefit of your safety and the safety of other customers, please comport yourself in a personally responsible manner.

1) You must be at least 12 years of age. (The signature of a guardian is required for individuals under 18 years of age.)
2) You (your guardian) should sign the following Disclaimer Agreement only after you have carefully read and understood it.

Disclaimer Agreement (Please make sure to read this prior to signing.)
[I hereby] acknowledge that neither I (the participant) personally, my family, my heirs nor any other related parties have any significance [SIC] nor any claims in connection with any of the risks, whether anticipated or not, that may arise in connection with [my] participation in the SeaWalker. [I hereby] agree to release and discharge KBOS, the travel agency, HMA, PADI and PADI instructors/Seawalker instructors from all liability arising out of any personal injury, accidents, damage to personal property, or fatal accidents resulting from carelessness.

A physician's letter is required for individuals with a history of any of the following medical conditions.

Medical Conditions

Cold, respiratory difficulty, asthma, diabetes, heart disease, pulmonary tuberculosis, pulmonary emphysema, pneumothorax, otopathy, rhinopathy, epilepsy, hypertension, pregnancy, currently under treatment, immediately post-operative (heart, arterial tuberculosis, surgery), drug or substance dependency, alcohol dependency, mental disorder (claustrophobia, etc.).

I (the participant) hereby confirm that I am not currently suffering from nor do I have a history of any of the medical conditions listed above.

The signature of a guardian is required for individuals under 18 years of age.

| Date | Name (Signature) | Age | Signature (Guardian) |
|---|---|---|---|
| 8/14 | Miho Fukuoka | 14 | Mitsuko Fukuoka |
| 8/14 | Mitsuko Fukuoka | 43 | |
| 8/14 | Yayoi Sato | 25 | Sa |
| " | Hajime [?] Sato | 27 | |
| 8/14 | Haruo Ishizuka | 45 | |
| " | Taiki Ishizuka | 13 | Haruo Ishizuka |
| 8/14 | Ryo [?] Taketomi | 13 | Yuji Taketomi |
| " | Aya [?] Taketomi | 18 | Yuji Taketomi |
| " | Yuji Taketomi | 43 | |
| " | Kaoru [?] Taketomi | 44 | |
| " | Yasuna Matsuoka | 15 | Yasuhiro Matsuoka |
| " | Kaori Matsuoka | 13 | [Symbol] |
| " | Yasuhiro Matsuoka | 47 | |
| " | Rie Sasaki | 15 | Seiko [?] Sasaki |
| " | Miki Sasaki | 12 | " |
| " | Seiko [?] Sasaki | 41 | |

INSTRUCTOR'S SIGNATURE: [Signature Affixed]    DATE: _____

[Translation]

DATE: _____

All risks associated with any harm, injury or damage which may arise in connection with any accidents caused by the failure to comply with established safety procedures shall be borne by the individual, and neither the operator nor the travel agency shall bear any liability with respect thereto.

[I] hereby agree to assume personal responsibility for any and all accidents, injuries and damages arising out of the failure to comply with staff instructions or the rules. Further, I have carefully read and understood this Disclaimer Agreement prior to signing same.

| Name | Hotel | Room # | Name of Agent |
|---|---|---|---|
| Mitsuko Fukuoka | Hyatt Regency | 3352 | JTB |
| Miho Fukuoka | Hyatt Agency [SIC] | 3352 | JTB |
| Hajime [?] Sato | Marriot Beach | ~~2790~~ 2970 | JAL ~~[Illegible]~~ |
| Yayoi Sato | Marriot Beach | ~~2~~ 2970 | JAL (Aloha Seven) |
| Haruo Ishizuka | Princess Kaiulani | 565 | JTB |
| Taiki Ishizuka | Princess Kaiulani | " | " |
| Ryo Taketomi | Marriott Beach | 723 | JTB |
| Aya Taketomi | Marriott Beach | 723 | " |
| Yuji Taketomi | " | 725 | " |
| Yasuna Matsuoka | Hyatt Regency | 1807 | I'LL |
| Yasuhiro Matsuoka | " | 1806 | " |
| Kaori Matsuoka | " | " | " |
| Miki Sasaki | Marriott Resort | 1213 | Yomiuri Travel Service |
| Rie Sasaki | " | " | " |
| Hidetoshi [?] Sasaki | " | 1214 | " |
| Seiko [?] Sasaki | " | " | " |
| Yuji Terajima [?] | Hilton Hawaiian Village | Lagoon 1672 | HIS |
| Eri Maeda | " | " | " |
| Ryoichi Maeda | " | " | " |
| Junko Maeda | " | " | " |
| Ai [?] Nakano | Marriott Resort | 1916 | Aloha Seven |
| [Illegible] | " | " | " |
| Akira [?] Ishiyama | Marriott Resort | 503 | [Illegible] |
| [Illegible] | " | " | " |
| [Illegible] | " | " | " |