**CHEE & MARKHAM**
Attorneys At Law

**GREGORY K. MARKHAM**         (3453-0)
**KEITH K. KATO**              (5320-0)
**DESIREE HIKIDA MOKUOHAI**    (7793-0)
1000 American Savings Bank Tower
1001 Bishop Street
Honolulu, Hawaii 96813
Telephone: (808) 523-0111
Facsimile: (808)523-0115
Email: gmarkham@cheemarkham.com
       kkato@cheemarkham.com
       dmokuohai@cheemarkham.com

Attorneys for Defendant/Limitation Plaintiff
**MORNING STAR CRUISES, INC.**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| In the Matter of | CV. NO. 03-00672 SOM-BMK |
| The Complaint of MORNING STAR CRUISES, INC., a Hawaii corporation. | |
| SHIROH FUKUOKA, Individually and as Personal Representative of THE ESTATE OF MITSUKO FUKUOKA, and as Next Friend of MIHO FUKUOKA, a Minor, | CV. NO. 04-00588 SOM-BMK **[CONSOLIDATED]** |
| Plaintiffs, | DEFENDANT/LIMITATION PLAINTIFF'S DISCLOSURE OF EXPERT WITNESSES PURSUANT TO RULE 26; EXHIBITS "1"-"2"; CERTIFICATE OF SERVICE |
| vs. | |
| MORNING STAR CRUISES, INC., a Hawaii corporation; JOHN DOES 1-10, JANE DOES 1-10, DOE | |

ORIGINAL

| | |
|---|---|
| CORPORATIONS 1-10, DOE PARTNERSHIPS 1-10, DOE JOINT VENTURERS 1-10, DOE LIMITED LIABILITY ENTITES 1-10, DOE NON-PROFIT ENTITES, 1-10, DOE GOVERNMENTAL ENTITIES 1-10, DOE UNINCORPORATED ENTITIES 1-10, and OTHER DOE ENTITES 1-10,<br><br>          Defendants. | Trial:  February 21, 2007<br>Time:  9:00 a.m.<br>Judge: Hon. Susan Oki Mollway |

DEFENDANT/LIMITATION PLAINTIFF'S
DISCLOSURE OF EXPERT WITNESSES PURSUANT TO RULE 26

COMES NOW Defendant/Limitation Plaintiff MORNING STAR CRUISES, INC., (hereinafter referred to as "Morning Star") by and through its attorneys, the law firm of Chee & Markham, and pursuant to Rule 26 of the Federal Rules of Civil Procedure and this Court's Amended Rule 16 Scheduling Order filed July 5, 2006, hereby discloses the following expert witnesses it expects to utilize in this litigation:

EXPERT WITNESS

1. William J. Brady, M.D.
   1750 SW Skyline Blvd., Suite 120
   Portland, Oregon  97221

Dr. Brady will testify as to liability and damages surrounding the incident and his report, resume and fee schedule is attached hereto as Exhibit "1."

2.  Investigating Officer or designated representative
    Command Sector - Honolulu
    USCG Integrated Support Command
    US Coast Guard, Investigative Service
    400 Sand Island Parkway
    Honolulu, Hawaii 96819

Said investigating officer or designated representative will testify as to liability surrounding the incident and its investigation report is attached hereto as Exhibit "2."

Defendant/Limitation Plaintiff hereby gives notice that it intends to seek leave of Court to amend its disclosure of expert witnesses to add critical expert witnesses and/or rebuttal expert witnesses should on-going discovery in this case so necessitate. Defendant/Limitation Plaintiff will disclose its final expert's report, resume and fee schedule as provided for in the Stipulation entered September 15, 2006.

DATED: Honolulu, Hawaii, September 20, 2006.

GREGORY K. MARKHAM
KEITH K. KATO
**DESIREE HIKIDA MOKUOHAI**

Attorneys for /Defendant
Defendant/Limitation Plaintiff
**MORNING STAR CRUISES, INC.**