IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| In the Matter | ) | CV NO. 03-00672 SOM-BMK |
| of | ) | |
| The Complaint of MORNING STAR CRUISES, INC., a Hawaii corporation. | ) | |
| | ) | CV NO. 04-00588 SOM-BMK [CONSOLIDATED] |
| SHIROH FUKUOKA, | ) | |
| Plaintiff, | ) | **CERTIFICATE OF SERVICE** |
| vs. | ) | Hearing: Time: |
| MORNING STAR CRUISES, INC., | ) | Judge: |
| Defendant. | ) | Trial: February 21, 2007 Time: 9:00 a.m. Judge: Hon. Susan Oki Mollway |

### CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing document was duly served upon the below-identified party at their respective address by means of hand-delivery on September 20, 2006.

**ROBERT D. KAWAMURA, ESQ.**
550 Halekauwila Street., Suite 106
Honolulu, Hawaii 96813

Attorney for Limitation Defendants

4

DATED: Honolulu, Hawaii, September 22, 2006.

                                                           **GREGORY K. MARKHAM**
                                                           **KEITH K. KATO**
                                                           **DESIREE HIKIDA MOKUOHAI**

                                                           Attorneys for /Defendant
                                                           Limitation Plaintiff
                                                           MORNING STAR CRUISES, INC.