ORIGINAL

**CHEE & MARKHAM**
Attorneys At Law

| | |
|---|---|
| **GREGORY K. MARKHAM** | (3453-0) |
| **KEITH K. KATO** | (5320-0) |

1000 American Savings Bank Tower
1001 Bishop Street
Honolulu, Hawaii 96813
Telephone: (808) 523-0111
Facsimile: (808) 523-0115
E-mail: gmarkham@cheemarkham.com
kkato@cheemarkham.com

Attorneys for Defendant/Limitation Plaintiff
**MORNING STAR CRUISES, INC.**

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

OCT 1 1 2006

at 11 o'clock and 00 min A M
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

In the Matter of ) CV. NO. 03-00672 SOM-BMK
)
The Complaint of MORNING STAR )
CRUISES, INC., a Hawaii corporation. )
_____)
)
SHIROH FUKUOKA, Individually and ) CV. NO. 04-00588 SOM-BMK
as Personal Representative of THE )
ESTATE OF MITSUKO FUKUOKA, ) [CONSOLIDATED]
and as Next Friend of MIHO )
FUKUOKA, a Minor, ) **CERTIFICATE OF SERVICE**
) **RE: NOTICE OF TAKING**
Plaintiffs, ) **DEPOSITION UPON WRITTEN**
) **INTERROGATORIES AND**
vs. ) **INTERROGATORIES**
)
MORNING STAR CRUISES, INC., a ) (Kanthi Von Guenthner, M.D.)
Hawaii corporation; JOHN DOES )

```
1-10, JANE DOES 1-10, DOE          )
CORPORATIONS 1-10, DOE             )
PARTNERSHIPS 1-10, DOE JOINT       )
VENTURES 1-10, DOE LIMITED         )
LIABILITY ENTITIES 1-10, DOE       )
NON-PROFIT ENTITIES 1-10, DOE      )
GOVERNMENTAL ENTITIES 1-10,        )
DOE UNINCORPORATED                 )
ENTITIES 1-10, and OTHER DOE       )
ENTITIES 1-10,                     )
                                   )
            Defendants.            )
_____)
```

adr 100906.03 (Rose)

## CERTIFICATE OF SERVICE

THE UNDERSIGNED HEREBY CERTIFIES that a copy of the Notice of Taking Deposition Upon Written Interrogatories and Interrogatories (re: Kanthi Von Guenthner, M.D. [November 1, 2006 at 9:00 a.m.]) was served upon:

>ROBERT D. KAWAMURA, ESQ.
>550 Halekauwila Street, Suite 106
>Honolulu, Hawaii 96813
>
>>Attorney for Plaintiffs/Limitation Defendants
>>**SHIROH FUKUOKA, Individually and as Personal Representative of THE ESTATE OF MITSUKO FUKUOKA, and as Next Friend of MIHO FUKUOKA, a Minor**

by depositing a copy of same in the United States mail, postage prepaid, this day, addressed to the above named at their last known address listed above.

DATED: Honolulu, Hawaii; OCT 1 0 2006 _____.

GREGORY K. MARKHAM
KEITH K. KATO

Attorneys for Defendant/Limitation Plaintiff **MORNING STAR CRUISES, INC.**