ORIGINAL

Of Counsel:
KAWAMURA LAW OFFICE
Attorneys At Law

ROBERT D. KAWAMURA 4537-0
550 Halekauwila Street
Suite 107
Honolulu, Hawaii   96813
Telephone: (808) 523-3777
Facsimile: (808) 523-3780

Attorneys for Limitation Defendants
SHIROH FUKUOKA, Individually and
as Personal Representative of
THE ESTATE OF MITSUKO FUKUOKA, and
as Next Friend Of MIHO FUKUOKA, a Minor

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI'I

| | |
|---|---|
| In the Matter<br><br>    Of<br><br>The Complaint of MORNING STAR CRUISES, INC., a Hawaii corporation. | Civil No. CV03-00672SOM<br>(Non-Vehicle Tort) |
| SHIROH FUKUOKA, Individually and as Personal Representative of THE ESTATE OF MITSUKO FUKUOKA, and as Next Friend of MIHO FUKUOKA, a minor,<br><br>        Plaintiffs,<br><br>    vs.<br><br>MORNING STAR CRUISES, INC., a Hawaii corporation; ; JOHN DOES 1-10, JANE DOES 1-10, DOE CORPORATIONS 1-10, DOE PARTNERSHIPS 1-10, DOE JOINT VENTURERS 1-10, DOE LIMITED LIABILITY ENTITIES 1-10, DOE NON-PROFIT ENTITIES 1-10, DOE GOVERNMENTAL ENTITIES 1-10, DOE | Civil No. 04-00588 SOM-BMK<br>[CONSOLIDATED]<br><br>**STIPULATION TO DISMISS ALL CLAIMS AND PARTIES WITH PREJUDICE**<br><br>Trial: February 21, 2007 |

```
UNINCORPORATED ENTITIES 1-10,  )
and OTHER DOE ENTITIES 1-10,   )
                               )
              Defendants.      )
_____)
```

**STIPULATION TO DISMISS ALL CLAIMS AND PARTIES WITH PREJUDICE**

SHIROH FUKUOKA, Individually and as Personal Representative Of THE ESTATE OF MITSUKO FUKUOKA, and as Next Friend Of MIHO FUKUOKA, by and through their attorney, Robert D. Kawamura, and Limitation Plaintiff Morning Star Cruises, Inc., by and through its attorneys, Chee & Markham, hereby stipulate to dismiss all claims and parties with prejudice. There are no remaining claims or parties. All parties to bear their own attorney's fees and costs. Counsel for all appearing parties have indicated their approval by their signatures below. The trial date was set for February 21, 2007.

Dated: Honolulu, Hawaii; _November 20, 2006_ .

_____
ROBERT D. KAWAMURA

Attorney for Plaintiff/
Limitation Defendants
SHIROH FUKUOKA, Individually
and as Personal Representative
Of THE ESTATE OF MITSUKO
FUKUOKA, and as Next Friend Of
MIHO FUKUOKA

2

	_____
	Gregory K. Markham, Esq.
	Keith K. Kato, Esq.
	CHEE & MARKHAM
	1000 American Savings Bank
	 Tower
	1001 Bishop Street
	Honolulu, Hawaii  96813

	Attorneys for Defendant/
	Limitation Plaintiff
	MORNING STAR CRUISES, INC.


APPROVED AND SO ORDERED:

_____
UNITED STATES DISTRICT JUDGE

--------------------------------------------------------------------
SHIROH FUKUOKA, et al. v. MORNING STAR CRUISES, INC., et al., [CONSOLIDATED]; Civil No. 04-00588 SOM-BMK; **STIPULATION TO DISMISS ALL CLAIMS AND PARTIES WITH PREJUDICE**